IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOB LLC ) | |
| ) | Case No. 1:23-cv-3378 |
| v. ) | |
| ) | Judge: Hon. |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the following documents under seal: (1) Plaintiff's Complaint; (2) Exhibit 1 to the complaint which contains identifying information; (3) Schedule "A" attached to the Complaint that includes a list of the infringing webstores; and (4) the USPTO cover sheet, containing identifying information.

In this case, Plaintiff is requesting temporary ex parte relief based on an action for trademark counterfeiting and false designation of origin under the Lanham Act, copyright infringement under the Copyright Act, and deceptive trade practices under Illinois State law. Sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

Dated this 30th Day of May, 2023.  Respectfully submitted,

By: <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2