**Declaration of David Gulbransen**

**Exhibit 1**
**Infringing Webstores**



May 10, 2023 6:31:05 am - AIRUV7JSF4LFX

Doe 1

 Paul Miller    about 7 hours ago



May 10, 2023 6:34:36 am - ACCVVM7CBXUK

Paul Miller     about 7 hours ago

Doe 2



# May 10, 2023 4:17:28 pm - A2U55VA1ZR5EUU

Paul Miller — about 16 hours ago

Doe 3



# May 10, 2023 6:40:37 am - A3V4M4XWJGW25R

Paul Miller · about 7 hours ago

# Doe 4








# May 10, 2023 6:42:58 am - A1YQ859AH02LOR

Paul Miller — about 7 hours ago

# Doe 5



# May 10, 2023 6:45:11 am - A3695R7YJ7EYYM

 Paul Miller · about 7 hours ago

# Doe 6






# May 10, 2023 6:46:13 am - A90929AWNU0RL

Paul Miller  about 7 hours ago

Doe 7



May 10, 2023 6:47:07 am - A2QGGKM87OVE6G

Paul Miller    about 7 hours ago

Doe 8

amazon

Deliver to
Roanoke 24003

Garden & Outdoor ▾  Search Amazon

EN ▾  Hello, sign in
Account & Lists ▾  Returns & Orders  Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers





Roll over image to zoom in

VIDEO

Doe 10

**Cocktail-Smoker-Kit with Torch for Whisky Bourbon Cocktail, 6 Kinds of Wood Smoked Chips, Old Fashioned Smoker Kit Birthday Gifts for Boyfriend Husband Father (No Butane) (Black)**

Brand: BTHW
4.9 ★★★★★ ˅  84 ratings

$38.99

FREE Returns ˅

**Coupon:** ☐ Apply 15% coupon  Shop items › |  Terms

**Save 10%** on 5 select item(s)  Shop items

Get $60 off instantly: Pay $0.00 $38.99 upon approval for the Amazon Store Card. No annual fee.

**Extra Savings** **Save 8%** on 3 select item(s)  2 Applicable Promotion(s) ˅

Color: **Black**




$38.99  $38.99

| Brand | BTHW |
|---|---|
| Color | Black |
| Included Components | Cocktail Smoker |
| Number of Pieces | 12 |

**About this item**

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$38.99

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within **12 hrs 22 mins**

⦿ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon
Sold by  BTHW US
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt



May 10, 2023 9:10:54 am - A25VX5W2WRQM53

 Paul Miller · about 9 hours ago

Doe 10



# May 10, 2023 9:12:28 am - A3ISB9G9QK0SSM



 Paul Miller · about 9 hours ago



# May 10, 2023 9:13:51 am - A3FJE161SAVXHX

 Paul Miller · about 9 hours ago

Doe 12



## May 10, 2023 9:15:43 am - AIRUV7JSF4LFX

 Paul Miller · about 9 hours ago





2/25 videos



## May 10, 2023 9:17:02 am - A1ET80676X8NAP



Paul Miller · about 9 hours ago

Doe 14

### Send Your Screenshot

Copy Link





## May 10, 2023 9:19:24 am - A3S2Q6MC4HSV1J

 Paul Miller · about 9 hours ago

Doe 16



May 10, 2023 9:22:35 am - A1IDSF8XCT495F

Paul Miller · about 9 hours ago

Doe 17



May 10, 2023 9:23:41 am - A2JOAUTUFKKHSI


Paul Miller · about 9 hours ago

Doe 18



May 10, 2023 9:23:41 am - B0BP8K1Y99



Paul Miller · about 9 hours ago

Doe 18



May 10, 2023 9:27:00 am - A2F7EZJH22JP1R

 Paul Miller · about 9 hours ago

Doe 19



**May 10, 2023 9:27:57 am - A1XV1TUTWTKD70**



Paul Miller · about 9 hours ago

Doe 20



**May 10, 2023 9:29:20 am - A1XV1TUTWTKD70**



Paul Miller · about 10 hours ago

Doe 21



# May 10, 2023 9:30:16 am - A1OGKTZITUI6B3

Paul Miller · about 10 hours ago

Doe 22



May 10, 2023 9:37:44 am - A1OGKTZITUI6B3

 Paul Miller · about 10 hours ago

Doe 23



May 10, 2023 9:39:33 am - A23FBT2ORALZEN

Paul Miller · about 10 hours ago

Doe 24

2/25 videos

Upgrade

Search for people, tags, folders, Spaces, and Looms









### Send Your Screenshot

Copy Link

May 10, 2023 2:35:13 pm - A8CXQCK28IVSO

Paul Miller · about 15 hours ago

# Doe 25



May 10, 2023 2:36:40 pm - A1T46NVVVXCKD7



**May 10, 2023 2:37:39 pm - A3Q18UDFGDGAR0**

Paul Miller · about 15 hours ago

Doe 27






**May 10, 2023 2:39:35 pm - B09NMB4QQC**

Paul Miller · about 15 hours ago

Doe 29



May 10, 2023 2:40:32 pm - A24KSCN0NV3CFO

Doe 30










Upgrade







Send Your Screenshot

Copy Link

May 10, 2023 2:41:23 pm - A2NYTN3AOSVGIA



Paul Miller   about 15 hours ago



Doe 31



**May 10, 2023 4:16:08 pm - A1OOBALFABZ449**

Paul Miller / about 16 hours ago

Doe 32

2/25 videos

Upgrade



Search for people, tags, folders, Spaces, and Looms

Send Your Screenshot

Copy Link

May 10, 2023 4:19:31 pm - A120F5YS1WTEUP

Paul Miller   about 16 hours ago

Doe 34

Search for people, tags, folders, Spaces, and Looms

Upgrade

Send Your Screenshot

Copy Link



May 10, 2023 4:19:31 pm - A120F5YS1WTEUP

Paul Miller    about 16 hours ago

Doe 34












**May 10, 2023 4:23:34 pm - A25VX5W2WRQM53**

Doe 37



May 10, 2023 4:25:33 pm - AIW3ELUIMUT4F

Paul Miller    about 16 hours ago

Doe 38




Send Your Screenshot

Copy Link

May 10, 2023 4:26:31 pm - A3ECC7YCSHUF5N

Paul Miller · about 16 hours ago

# Doe 39



May 10, 2023 4:27:18 pm - A3K8ZPZ18J4ES2

Paul Miller    about 16 hours ago

Doe 40




**May 10, 2023 4:28:21 pm - A31C60K4NML4I2**

Paul Miller    about 16 hours ago

Doe 41



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart 0

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Sign in

New customer? Start here.

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 42

## Cocktail Smoker Kit with Torch, OKYWILL Whiskey Bourbon Old Fashioned Smoker Kit with 4 Flavors Wood Chips for Drink, Wine, Gift for Men, Father, Husband, Boyfriend (No Butane)

Visit the OKYWILL Store

4.3 ★★★★½ ▾    46 ratings

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | OKYWILL |
| Model Name | Infuser smoker kit with torch |
| Outer Material | Wood |
| Item Weight | 0.9 Pounds |
| Item Dimensions LxWxH | 8.5 x 6.69 x 2.44 inches |
| Inner Material | stainless steel |
| Fuel Type | Wood |

### About this item

- 🥃 【UNIQUE DRINKING EXPERIENCE】 The whiskey smoker kit with torch will create a cascading waterfall of culinary smoke when use it, which not only has beautiful visual impact, but also enriches the taste of the drink. Enjoy your DIY Cocktail, Whiskey, Bourbon or Wine with the added depth of smoked flavor, transforming your entire experience!

- 🥃 【100% NATURAL WOOD CHIPS】 The old fashioned smoker kit comes with 4 different flavors of wood chips: Apple, Cherry, Oak, and Hickory, which are 100% selected quality wood from natur. Our natural wood chips for smoker all are air-dried, then cut to most suitable thickness to achieve the perfect concentration after ignition and ensure the most authentic pure

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, May 16**. Order within 22 hrs 40 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon



< ▷ C     🔖 🔒 amazon.com/dp/B09QSGSZ9R     ⮐ | 🙂 ⚠     ☁ ✦ ▯ ▭ •VPN ≡

**amazon**   Deliver to ◎ Roanoke 24003   Home & Kitchen ▾   Search Amazon   🔍   ▀ EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders   🛒 Cart

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

## Doe 43

**FETTORLER Cocktail Smoker Kit with Torch, Old Fashioned Cocktails Smoker Set, 4 Flavors Wood Chips, Bourbon, Whiskey Smoker Kit (No Incl Butane) Set for Friends, Husband, Father's Day**

Visit the Fettorler Store

4.9 ★★★★★ ˅   13 ratings

**-40%** $11⁹⁹

Was: $19.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

    Get **$60 off instantly:** Pay $0.00 $11.99 upon approval for the Amazon Store Card. No annual fee.

**Extra Savings**   Buy 3, save 3%   1 Applicable Promotion ˅

| Material | Wood, Stainless Steel |
|---|---|
| Brand | Fettorler |
| Color | Black |
| Included Components | Cocktail Smoker |
| Number of Pieces | 11 |

### About this item

- **11-PIECE COCKTAIL SMOKER KIT:** Fettorler luxury cocktail set includes a delicate packaging and an instruction manual, a smoke infuser, a portable torch (NO BUTANE), a stainless steel filter, a small spoon, a cleaning brush, four flavoured natural wood shavings (apple, cherry, pecan, oak), easy make smoked cocktails at home
- **NATURAL GOURMET WOOD SHAVINGS:** Our wood chips are made from natural woods, carefully designed to complement the most exotic flavours. Our wood undergoes rigorous air-drying and kiln-drying, then is finely cut into tiny flakes or chunks. This is the perfect ingredient to enhance

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

$11⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25. Order within 12 hrs 26 mins

◎ Deliver to Roanoke 24003

**Only 18 left in stock - order soon**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   Fettorler US
Returns   Eligible for Return,



amazon.com/dp/B09WV76T8M

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Sign in

New customer? Start here.

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Patio, Lawn & Garden > Patio, Lawn & Garden Outlet



Roll over image to zoom in

      

VIDEO

# Doe 44

**Cocktail Smoker Kit for whiskey, bourbon smoker kit for drinks,The whiskey smoker can be used as a gift for your beloved father and husband.**
Brand: Ecueze
4.7 ★★★★☆ ▾ 8 ratings

$21⁹⁸

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 $21.98 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Ecueze |
| **Outer Material** | Wood |
| **Inner Material** | stainless steel |

## About this item

- 【Premium Material】: The cocktail smoker kit is handcrafted from solid oak, bourbon smoker kit each product can be used about 500 times. Smoked wood chips are added to the cocktail smoker and burnt with a kitchen torch to enhance the flavor of your food and spirits while cooking smoke.
- 【Easy to use】: The whiskey smoker infuser kit is perfect for beginners or professionals, it has two ways to get a strong smoked cocktail. One is to put the chimney on the mouth of the cup; the second is to cover the drink smoker infuser kit with the cup to generate smoke. bourbon smoker Bring you different fun and experience.
- 【Wide Use】: Cocktail smoker kit is not only suitable for whisky, but also can cold smoke anything you can think of, wine, meat, cheese, dried fruit, barbecue, etc.,bourbon smoker kit suitable for cups and small bowls of different sizes.
- 【Best Choice for Gifts】: This cocktail smoker kit can be perfectly matched with any cocktail, whiskey or bourbon, the simple design makes it available to anyone The opportunity to become



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$21⁹⁸

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

FREE delivery **Thursday, May 18** on orders shipped by Amazon over $25

Deliver to Roanoke 24003

**Only 2 left in stock - order soon**

Qty: 1 ▾

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon



amazon.com/dp/B09NPTFWXC

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0 Cart

Sign in

New customer? Start here.

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Stores  Automotive

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

## Doe 45

**AIEVE Cocktail Smoker Kit, Drink Smoker Thicken Chimney Whiskey Smoker Old Fashioned Kit Infuser Glass Topper Bourbon Smoker with Cherry Wood Chip, Distinctive Gift for Whiskey Lovers**

Visit the AIEVE Store

4.2 ★★★★☆ ˅   6 ratings

-10% $8⁹⁹

Was: $9.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $8.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | AIEVE |
| **Model Name** | Round |
| **Color** | Wood |
| **Outer Material** | Oak,Glass |
| **Inner Material** | metal |

### About this item

- 🍸Distinctive Gift for Your Loved -- AIEVE cocktail smoker is another way to help you easily produce professional bar-level exquisite smoked spirits at home. It is an excellent gift for whiskey lovers.
- ❤ Delicate Life for You: This can be used as a mini smoke infuser for food. Light a little cherry wood, and smoke will linger on your delicacies. Making your life more exquisite and fun.
- 🍸Natural White Oak -- The smoked old fashioned kit is made of natural white oak, finely polished, safe and reusable. The excellent arc in the smoke injection cap can make the wood chips automatically slide down, and the close-fitting lid allows the smoke to penetrate your cocktail.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$8⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

**FREE delivery Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, May 16**. Order within 22 hrs 44 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart 0

Sign in

New customer? Start here.

☰ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Stores  Automotive

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Home Improvement

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Glassware & Drinkware › Cocktail Drinkware › Old Fashioned Glasses



Roll over image to zoom in

     



Doe 46

### YeeBeny Cocktail Smoker, Smoke Infuser for Cocktails, Wine, Whiskey, Cheese, Meat, Coffee, Salt, Smoking Glass Cloche Accessories- Old Fashioned Smoker Kit, You can use it as a gift for your lover

Brand: YeeBeny
3.4 ★★★☆☆ ▾   11 ratings

$18⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 ~~$18.99~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | YeeBeny |
| **Outer Material** | Glass |
| **Inner Material** | stainless steel |

#### About this item

- 【Ingenious design】: Cocktail smoking kit, with exquisite design, Small and delicate, easy to be taken, It's also skillfully designed to smoke your cocktails right in the glass without extra need for large smoking domes or messy wood planks, enabling you to enjoy smoky cocktails anywhere you like.
- 【Easy to use】: The smoked brewing kit is very easy to use. Put the smoked kit on your glass, drop some sawdust, use a spray gun to light the sawdust that needs to be fully burned and shake it gently, wait a few seconds.
- 【Wide use】: Can be used in any scene, making you a master chef in seconds. Can be widely used in cocktails, spirits, meat, cheese, coffee, and even ice cream! Any place you want is fine, You can use it in various scenes, such as camping, campfire, outdoor bbq, fishing, hiking, RV travel, and more!
- 【obacco and alcohol like a professional】: The simple and elegant design gives anyone the opportunity to become a professional bartender and amaze your friends at your home bar!

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery**    Pickup

$18⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, May 13**. Order within **13 hrs 44 mins**

📍 Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now



Doe 47



amazon | Deliver to © Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▀ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home      Shop by Room      Discover      Shop by Style      Home Décor      Furniture      Kitchen & Dining      Bed & Bath      Garden & Outdoor      Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Fuel & Firestarters › Smoker Chips

**Cocktail Smoker with Wood Shavings Old Fashioned Cold Smoker for Cocktail, Whiskey, Wine, Bourbon , Cheese, Meat and More, Cocktail Smoking Kit Wood Chips Father's Day Gift**
Visit the FANFX Store
4.0 ★★★★☆ ˅   48 ratings

$12⁷⁴

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Only 1 left in stock - order soon**

| Brand | FANFX |
| Outer Material | Wood |
| Inner Material | stainless_steel |

**Customer ratings by feature**

| Giftable | ★★★★★ 5.0 |
| Easy to use | ★★★★☆ 3.8 |
| Flavor | ★★★★☆ 3.6 |
| Value for money | ★★★☆☆ 3.3 |

See all reviews

Roll over image to zoom in

VIDEO

**Buy used: $12.74**

Get **Fast, Free Shipping** with Amazon Prime
FREE delivery **Thursday, May 18** on orders shipped by Amazon over $25

© Deliver to Roanoke 24003

**Used: Like New | Details**
Sold by Permanentik
Fulfilled by Amazon

**Add to Cart**

Add to List

Have one to sell?
Sell on Amazon



Doe 48



amazon · Deliver to Roanoke 24003 · Home & Kitchen · Search Amazon · EN · Hello, sign in Account & Lists · Returns & Orders · Cart

All · Clinic · Customer Service · Best Sellers · Amazon Basics · New Releases · Prime · Today's Deals · Music · Books · Registry · Fashion · Amazon Home · Gift Cards · Pharmacy · One Medical · Toys & Games · Sell · Coupons · Luxury Stores · Automotive

Amazon Home · Shop by Room · Discover · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Turn on/off the flame safe lock to free your hands.

Click to see more videos



2 VIDEOS

Doe 49

### Old Fashioned Cocktail Smoker Kit, Whiskey Smoker Infuser Kit, Drink Smoker Bourbon Smoker with Torch, 4 Flavors Wood Chips for Whiskey Bourbon Drinks Infused Cocktails Wine Salad Meats BBQ (Without Butane)

Visit the Festaum Store

4.4 ★★★★⯨ ˅ · 41 ratings

-38% $24⁹⁹

Was: $39.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 5% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

Style:
**Casual**

| Brand | Festaum |
|---|---|
| Power Source | wood |
| Color | wood |
| Outer Material | Stainless Steel,Oak |
| Item Weight | 0.9 Pounds |
| Item Dimensions LxWxH | 10.5 x 6.5 x 2 inches |

˅ See more

**About this item**



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

$24⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, May 16**. Order within 22 hrs 48 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon



amazon | Deliver to © Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home Improvement

Help their budget go farther
Shop gift cards ›

## Consider these available items



Cocktail Smoker Kit With Torch, Bourbon Smoker Kit Include Four Flavors Wood Chips, Drink Smoker, Whiskey Smoker Gifts For Men, Dad, Husband (Without Butane)
★★★★☆ 404
$28⁹⁷



Old Fashioned Cocktail Smoker Kit - Whiskey Smoker Kit with Lid, With Hickory & Oak Wood Chips - Whiskey Smoker Infuser Kit Drink Smoker Mixologist Tool for Home Bar - Bourbon Smoker...
★★★★☆ 294
$29⁹⁷



Cocktail Smoker Kit with Torch – 4 Flavors Wood Chips – Bourbon, Whiskey Smoker Infuser Kit, Old Fashioned Drink Smoker Kit, Birthday Bourbon Whiskey Gifts for Men, Dad, Husband (Without B...
★★★★☆ 480
$35⁹⁵

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

**FUHUIM Cocktail Smoker Kit, Old Fashioned Whiskey Smoker Kit for Drinks - 2 Bottle of Wood Chips for Smoke Infusion in Cocktails and Whiskey, Gifts for Your Dad, Husband and Friends**

Visit the FUHUIM Store
4.4 ★★★★☆ ▾  10 ratings

### Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | FUHUIM |
|---|---|
| Power Source | wood |
| Outer Material | Wood |
| Item Dimensions LxWxH | 6.29 x 5.11 x 2.55 inches |
| Inner Material | stainless_steel |



**Currently unavailable.**
We don't know when or if this item will be back in stock.
© Deliver to Roanoke 24003

Add to List

Have one to sell?

Sell on Amazon

Doe 50



amazon | Deliver to ⦿ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▦ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 51

## Premium Cocktail Smoker Kit for Whiskey, Bourbon and Old Fashioned Drinks, Smoke Top Whiskey Smoker Kit with 4 Wood Chips, Perfect Whiskey Bourbon Gifts for Men

Visit the Geesta Store
4.1 ★★★★☆ ˅   84 ratings

$39⁹⁹

FREE Returns ˅
Join Prime to buy this item at $15.99

    Get $60 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | Geesta |
| Model Name | Bourbon Gifts for Men |
| Color | Silver |
| Outer Material | Aluminum |
| Item Weight | 396 Grams |
| Inner Material | stainless_steel |

### About this item

- Premium Old Fashion Smoker Kit – Designed to enhance the flavor and aroma of your favorite whisky, bourbon, cognac, or other old-fashioned drink this bundle comes with everything you need which makes it a great gift for hosts and hostesses Birthday Gifts for Men-Valentines Day gifts for Him.
- Professional DIY Drink Crafter – This easy-to-use bourbon cocktail smoker with natural wood chips lets you smoke drinks like a real bartender. You'll love creating robust flavors and eye-opening smells that you won't find in a standard cocktail.
- Top-Quality Craftsmanship – The Geesta smoker for old fashioned cocktails is crafted with



prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

⦿ Buy new:
$39⁹⁹
FREE Returns ˅

FREE delivery **Wednesday, May 17**

Or fastest delivery **Tuesday, May 16**. Order within 23 hrs 49 mins

⦿ Deliver to Roanoke 24003

## In Stock

Qty: 1 ˅

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   Geesta
Returns   Eligible for Return,





Roll over image to zoom in



Doe 52



CREATIVECHEF Cocktail Smoker Kit for Glass Dome 7.1" x 4.5" With Color
LED Wooden Base, Cocktails Smoke Infuser Accessory, Smoking Cloche
for Drinks

Visit the CREATIVECHEF Store

4.7 ★★★★★ ˅ 5 ratings

$48⁰⁰

FREE Returns ˅

**Coupon:** ☐ Apply 5% coupon Shop items › | Terms

Get $60 off instantly: Pay $0.00 $48.00 upon approval for the Amazon Store Card. No annual fee.

Style: **Bowl Shape Glass Dome with LED**

| Bowl Shape Glass Dom... | Bell Shape Glass Dom... |
|---|---|
| $48.00 | $48.00 |

| Brand | CREATIVECHEF |
|---|---|
| Model Name | 7.1X4.5 |
| Outer Material | Glass |
| Item Dimensions LxWxH | 7.1 x 7.1 x 4.5 inches |
| Inner Material | stainless steel |

**About this item**

- EXCELLENT GIFT CHOICE: glass dome and wood base.With the glass dome, more smoke can be
  injected into the cocktail and drink, and the smoke effect can be seen directly, and it is more



prime

**Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime**

Try Prime and start saving today
with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$48⁰⁰

FREE Returns ˅

FREE delivery **Wednesday, May
17**

Or fastest delivery **Tuesday,
May 16**. Order within 22 hrs 54
mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    CREATIVECHEF



amazon | Deliver to ⊙ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▆ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in





Doe 53

### 2023 New Cocktail Smoker Kit,Whiskey Bourbon Drink Smoker Kit with Torch (No Butane),6 Wood Chips Flavors Old Fashioned Smoker Kit Gift for Men,Husband,Father

Visit the Kmise Store
4.6 ★★★★☆ ˅   33 ratings

$29⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Kmise |
| Outer Material | Stainless Steel |
| Inner Material | stainless_steel |
| Fuel Type | Wood |

#### About this item

- Exquisite Cocktail Smoker Kit Gift: The 2023 cocktail smoking kit is beautifully designed with a large wooden lid. Old fashioned drink smoker can carve their own letters or patterns.The small design makes the person who receive gifts more moved. Ideal presents for friends, fathers, boyfriends, husbands, excellent choices for birthday, father's day, Christmas, Valentine's Day, Thanksgiving, Halloween and other holiday gifts
- New Whiskey Smoker Kit:The wide mouth smoke is matched with large smoke outlets, smoke comes out more and faster,flavor more lasting ; Equipped with stainless steel filter screen, it can isolate wood chips and protect the wood smoker kit from burning
- Amateur to Professional Cocktail Bartender:Enjoy your Cocktail, Whiskey, or Bourbon with the added depth of smoked flavor! Shock your friends at your home bar with fancy bartending and a delicious smoke-infused cocktail that is sure to impress even the most discerning cocktail lover!
- More than a Cocktail Smoker:Cocktail smoker kit also be used to make smoked cheese, meat,

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$29⁹⁹

FREE Returns ˅

FREE delivery **Wednesday, May 17**

Or fastest delivery **Saturday, May 13**. Order within 15 hrs 26 mins

⊙ Deliver to Roanoke 24003

**Only 8 left in stock - order soon**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   kmise-us
Returns   Eligible for Return,



amazon.com/dp/B0BRXVN3RY

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

       

Doe 54

**Drink Smoker Infuser Kit with Torch- Cocktail Smoker Kit | Whiskey Smoker | Smoke Meat, Drink & Food Indoor Infuser Gift | Old Fashioned Drink Smoker | Bourbon Whiskey Smoker, Fathers Day Gifts**

Visit the Goldmeet Store

$39⁹⁹

FREE Returns ˅

**Coupon:** ☐ Apply 9% coupon  Shop items ›  |  Terms

Get $60 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Goldmeet |
| Color | As Shown |
| Item Dimensions LxWxH | 11.19 x 2.28 x 2.17 inches |
| Included Components | Cocktail Smoker |
| Number of Pieces | 15 |

**About this item**

- 15 PIECES COMPLETE BARTENDER SMOKING KIT: This bartender set has everything you need to recreate cocktails of any complexity. Set includes: Drink smoker, Oak/cherry/apple/pecan four kinds of wood chips, 2 Strainers, 2 Pucks, Ice tongs, Brush, Spoon, Lighter, Storage bag, Packing box

- HIGH QUALITY COCKTAIL SMOKER WITH WOOD CHIPS: We have four kinds of wood chips(Oak/cherry/apple/pecan), give you a good taste feeling. There is a great relationship between less smoke and too much sawdust and the fire of the lighter. Attention should be paid to the amount of sawdust used.

- FIT FOR ALL KINDS OF DRINKS: Our cocktail/whiskey/bourbon smoker kit with the perfect size

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery        Pickup

$39⁹⁹

FREE Returns ˅

FREE delivery **Wednesday, May 17**

Or fastest delivery **Tuesday, May 16.** Order within 22 hrs 57 mins

⌖ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon





Roll over image to zoom in



Doe 55

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Bar & Wine Tools › Bar Sets

## Whiskey Glass Set of 2 - Whiskey Stones Gift Set For Men with Cocktail smoker kit Chilling Rocks Scotch Bourbon Glasses Coasters – Gift for Men Dad husband Boyfriend Guy Anniversary Retirement Regalos para hombre fathers day

Brand: Jaoloong
4.3 ★★★★☆ ˅    30 ratings

-13% $69⁹⁹
Was: $79.99 ⓘ

FREE Returns ˅

**Coupon:** ☐ Apply 15% coupon  Shop items › |  Terms

Get $60 off instantly: Pay $9.99 upon approval for Amazon Visa. No annual fee.

| Brand | Jaoloong |
| --- | --- |
| Model Name | WS001 |
| Color | Black |
| Outer Material | 304 Stainless Steel,Glass |
| Inner Material | stainless_steel |

### About this item

- 【Whiskey Stones Gift Set】The whiskey smoker kit with innovative airflow design, can maximize the smoky flavors of the wood chips, and ensure that old fashioned cocktail kit is evenly distributed throughout your drink with every puff. Put on the whiskey glass lid to allow the smoky particles to get infused with bourbon whiskey, emitting rich flavors in 5 seconds. The new smell and taste of burning wood lingers in your mouth and then your body, reshaping the ways you taste foods and spirits.
- 【No need to dilute & freeze whiskey】Our whiskey glasses set of 2 includes 2pcs luxurious

prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery          Pickup

$69⁹⁹

FREE Returns ˅

FREE delivery **Wednesday, May 17**. Order within 22 hrs 58 mins

◉ Deliver to Roanoke 24003

**In Stock**

Add to Cart

Buy Now

Payment   Secure transaction
Ships from  Amazon
Sold by    AoJiao
Returns    Eligible for Return,
          Refund or Replacement
          within 30 days of receipt

**Add a Protection Plan:**



## Consider these available items

 Cocktail Smoker Kit - Cocktail Smoker Kit With Torch (NO BUTANE) - Drink Smoker Infuser Kit - Whiskey Smoker Kit - Bourbon Smoker Kit - Old Fashioned Cocktail Kit - Smoke Infuser for Cockt...
$35⁴⁹

Smoke Factory Cocktail Smoker Kit With Torch - Bourbon Smoking Infuser, Old Fashioned Whiskey Drink Set Includes 4 Flavored Wood Chips For Smoked Cocktails - Real Wood Box Included - Gr...
★★★★★ 17
$59⁹⁹

 Cocktail Smoker Kit with Torch - Whiskey Smoker Kit - 6 Stone Ice Cubes - Bourbon, Whiskey Smoker Infuser Kit, Old Fashioned Drink Smoker Kit - Gift for Whiskey Lover, Dad, Husband (No Butane)
★★★★★ 9
$29⁹⁹

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



### BARVIVO Cocktail Smoker Kit - Drink Smoker Infuser Kit for Old Fashioned Cocktails - Whisky Smoker Kit, Smoker for Cocktails - Smoking Set for Drinks, Whiskey, Bourbon

Brand: Barvivo
2.9 ★★★☆☆ ˅   14 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | Barvivo |
|---|---|
| Outer Material | Glass,Oak |
| Inner Material | stainless steel |

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⊙ Deliver to Roanoke 24003

Add to List

Have one to sell?

Sell on Amazon

### About this item

- Portable and great for traveling - The cocktail smoker kit is small and easy to transport, making it perfect for taking on the go.
- Simple and easy to use - Put the smoker on the glass and add wood chips, use a smoking gun to ignite chips and create a cascading waterfall of smoke that enhances the flavor of your beverages.
- 5 Natural Wood Chips Included - The smoker kit comes with 5 natural wood chips that give off a pleasant, faintly smoky aroma. The 5 flavors included are: Oak, Hickory, Apple Wood, Cherry Wood, and Pear Wood.

Roll over image to zoom in

     

Doe 56



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



      

Doe 57

**Mothers Day Gifts From Daughter, Great Mother'S Day Gifts For Mom, Mom Birthday Gifts, Funny Mothers Day Old Fashioned Smoker Kit Gift, Best Gifts For Elderly Mom, I Love You Mom Gift Idea 2023**

Brand: Soyminer
4.0 ★★★★☆ ˅    5 ratings

-30% $18.19
Was: $25.99 ⓘ
Deal

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 10% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $18.19 upon approval for the Amazon Store Card. No annual fee.

| Brand | Soyminer |
| --- | --- |
| Outer Material | Oak |
| Inner Material | stainless_steel |

**About this item**

- 🎁MOTHERS DAY GIFTS FOR MOM: How to Stand Out With Your Mother's Day Gift? The Cocktail Smoker creates a cascading waterfall of smoke that is amazing and will infuse your cocktails, allowing you to fully experience the original smoky flavor and enjoy an unprecedented multisensory experience.

- 💖SOME INSPIRATION FOR MOTHER'S DAY GIFTS: Looking for a great mother's day gifts for mom she'll continue to get use out of long after the day she opens it? This cocktail smoker is your answer. Each set of cocktail smokers is hand-made by artisans using solid oak. For whiskey and bourbon lovers looking to take their mixology skills up a notch, a old-fashioned smoker kit is an ideal gift.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

Delivery        Pickup

$18.19

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, May 13**. Order within 14 hrs 15 mins

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

       

VIDEO

Doe 59

## Cocktail Smoker Kit,Cocktail Accessories,Bartender Accessories,Home Bar Accessories,Gift for Men,Drink Making Kit,Whisky Gift Ser for Men,Cocktail Set,Outdoor Smoker,Home Bar Tool Set

Brand: Aolcsueg
4.8 ★★★★★ ∨   5 ratings

**-38% $9⁹⁹**

Was: $15.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ∨

Get $60 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Material** | Stainless Steel |
| **Brand** | Aolcsueg |
| **Color** | Wood |
| **Included Components** | Cocktail Smoker |
| **Volume** | 750 Milliliters |

### About this item

- 🔻 【Smoke Your Drink Like a Professional】 A cocktail kit has everything to make a perfect smoky cocktail, including a Mixing Spoon, Cleaning Brush, Stainless Steel Filter, and Five Different Flavor Wood Chips of apple, cherry, pear,pecan, and oak without artificial fragrance ingredients.Wood chips are 100% natural and chemical-free and can burn completely. Drink smoker infuser kit comes with Wooden Lid, which lets the smoke fully infuse your favorite drink. Simply real seasoned smoke taste.

- 🔻 【A Perfect Home Bar Gift 】 It is an ideal Birthday/Valenters Day/Halloween/Thanksgiving/Christmas/New Year/Anniversary gift choice for dad, husband or

$9⁹⁹

Get **Fast, Free Shipping** with
Amazon Prime
FREE Returns ∨

FREE delivery **Tuesday, May 16**
on orders shipped by Amazon
over $25. Order within 10 mins

⊙ Deliver to Roanoke 24003

### In Stock

Qty: 1 ∨

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   Aolcsueg
Returns   Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy
returns

Add to List

Have one to sell?
Sell on Amazon



amazon | Deliver to ◎ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▓▀ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

     

VIDEO

Doe 59

**Cocktail Smoker Kit,Cocktail Accessories,Bartender Accessories,Home Bar Accessories,Gift for Men,Drink Making Kit,Whisky Gift Ser for Men,Cocktail Set,Outdoor Smoker,Home Bar Tool Set**

Brand: Aolcsueg

4.8 ★★★★★ ˅    5 ratings

-38% $9.99

Was: $15.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Store Card. No annual fee.

| Material | Stainless Steel |
|---|---|
| Brand | Aolcsueg |
| Color | Wood |
| Included Components | Cocktail Smoker |
| Volume | 750 Milliliter |

**About this item**

- 💎 【Smoke Your Drink Like a Professional】 A cocktail kit has everything to make a perfect smoky cocktail, including a Mixing Spoon, Cleaning Brush, Stainless Steel Filter, and Five Different Flavor Wood Chips of apple, cherry, pear,pecan, and oak without artificial fragrance ingredients.Wood chips are 100% natural and chemical-free and can burn completely. Drink smoker infuser kit comes with Wooden Lid, which lets the smoke fully infuse your favorite drink. Simply real seasoned smoke taste.

- 💎 【A Perfect Home Bar Gift 】 It is an ideal Birthday/Valenters Day/Halloween/Thanksgiving/Christmas/New Year/Anniversary gift choice for dad, husband or

$9.99

Get **Fast, Free Shipping** with Amazon Prime FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25. Order within 11 mins

◎ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by    Aolcsueg
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

## Consider these available items



Bartender Kit with Whiskey Smoker - 13 pcs, Bamboo Stand - Bar Set with Cocktail Shaker, Bartending Kit with Essential Bar Accessory Tools, Wood Chips, Black Matte
★★★★☆ 111
$69¹¹

Bartender Kit with Whiskey Smoker - 13 pcs, Bamboo Stand - Bar Set with Cocktail Shaker, Bartending Kit with Essential Bar Accessory Tools, Wood Chips, Steel
★★★★☆ 111
$69¹¹

Bartender Kit with Whiskey Smoker - 13 pcs, Pine Stand - Bar Set with Cocktail Shaker, Bartending Kit with Essential Bar Accessory Tools, Wood Chips, Black
★★★★☆ 111
$69¹¹

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

         



**JNWINOG Cocktail Smoker Kit, Bartender Kit Black 18 pcs Bamboo Stand, Four Kinds of Wood Smoked Chips for Whisky - Bar Set with Cocktail Shaker, Bar Accessory Tools, Drinking Smoker Gifts for Men**

Visit the JNWINOG Store
4.7 ★★★★☆ ˅   14 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | JNWINOG |
|---|---|
| Color | Matte Black |
| Included Components | Cocktail Smoker |
| Number of pieces | 18 |

### About this item

- 【Sublimation of Sensory and Taste Sensations】 With Smoker and one of the 4 flavored wood chips, you will feel the refined taste of drinks and the delicate smoked flavor. Perfect for a whiskey straight up, on the rocks, or any mixed drinks, adding smoky flavor and a visual spark to your drinks. Your friends can enjoy a delicious smoky cocktail in your home bar that is sure to impress even the most discerning of cocktail lovers!
- 【Exquisite Craftsmanship and Comfortable Size】 This stainless steel bartender smoking kit is durable and lightweight. The stylish wooden base and design suits any environment and the

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Roanoke 24003

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

Doe 61



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

Sign in

New customer? Start here.

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

4 VIDEOS

Doe 62

### Cocktail Smoker Kit with Torch, Old Fashioned Smoker Kit for Bourbon Whiskey Drink, with 4 Different Flavor Wood Smoker Chips, Vodka/Gin/Tequila/Rum Liquor Gifts for Whiskey Lovers, Father(No Butane)

Visit the SIMOEFFI Store
4.3 ★★★★☆ ▾  31 ratings

$31.99

FREE Returns ▾

**Coupon:** ☐ Apply $10 coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $31.99 upon approval for the Amazon Store Card. No annual fee.

Item Shape: **With Red Torch**

| With Red Torch | With Black Torch | Without Torch |
|---|---|---|
| $31.99 | $25.99 | $17.99 |

| | |
|---|---|
| Brand | SIMOEFFI |
| Model Name | Cocktail Smoker Kit |
| Color | Wood |
| Outer Material | Wood |
| Inner Material | stainless steel |
| Fuel Type | Wood |

About this item



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$31.99

FREE Returns ▾

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 13 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment  Secure transaction
Ships from  Amazon
Sold by  JZ US Direct
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt



amazon.com/dp/B0BLRRQCQ1

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Bar & Wine Sets › Bar Sets

## Whiskey Cocktail Smoker Kit with Torch (No Butane). Four Wood Smoker Chips to infuse Old Fashioned, Bourbon or foods like Cheese or meats.

Brand: Generic

2.5 ★★☆☆☆ ∨    2 ratings

| | |
|---|---|
| Brand | Generic |
| Model Name | 002 |
| Color | Beech |
| Outer Material | Wood |
| Item Dimensions LxWxH | 3.5 x 3.5 x 0.8 inches |
| Inner Material | stainless steel |
| Fuel Type | Wood |

### About this item

- Our chips are air-dried, giving the original smoky aroma.
- The whiskey smoker is easy and fun to use.
- The smoky flavors will cascade like a waterfall into your food and spirits. Craft the perfect mood or ambience and impress your guests.
- Sleek Packaging makes for a great gift for husbands, fathers, or a thoughtful gift for whiskey / cocktail lovers or bartenders, whether at home or starting out at the bar
- Enhance cocktails such as Old Fashioned or Laphroaig. Bourbons, scotch or wines. Beyond alcohol, smoke your barbequed meats, cheeses, coffees, and more!

⊘ Deliver to Roanoke 24003

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

Roll over image to zoom in

         



Doe 64



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▓ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      



Doe 65

**Cocktail Smoker Kit with Torch, Bourbon Whiskey Smoker Infuser Kit with 4 Flavors Wood Chips, Old Fashioned Smoker Kit with Drink Smoker Accessories as for Men, Dad, Husband**

Brand: ChaoGaiLuo

5.0 ★★★★★ ˅  1 rating

$29⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | ChaoGaiLuo |
|---|---|
| Model Name | Cocktail Smoker Kit |
| Color | Black,brown,silver |
| Outer Material | Wood |
| Item Weight | 1 Pounds |
| Item Dimensions LxWxH | 9.4 x 7.2 x 2.5 inches |

˅ See more

**About this item**

- Ideal Christmas Gifts for Men: ChaoGaiLuo cocktail smoker kit mixes whiskey, cocktail, bourbon and drink with the smell of natural wood, bring a new food and spirit experience. With delicate packaging, it is a great gifts for men, dad, husband, father, grandpa in Christmas, New Year and Valentine's Days.
- Upgraded Wood Smoker and Filter: The drink smoker infuser kit is upgraded to creat more smoke with same wood chips, enhancing the flavor of your drink and impressing your visual with wonderful cascading waterfall smoke. Bring you and your friends a wonderful cocktail experience. The drink smoker for whiskey can be perfectly matched the opening of a

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$29⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 25 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Densco Tech |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy



amazon.com/dp/B0BX3M9F88

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▼ | Search Amazon | 🔍 | ▇ EN ▼ | Hello, sign in Account & Lists ▼ | Returns & Orders | 🛒 0 Cart

Sign in

New customer? Start here.

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▼ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 67

### Cocktail Smoker Kit with Torch, Old Fashioned Bourbon Whiskey Smoker Kit with 4 Flavour Wood Chips, Drink Smoking Infuser Kit with Ice Cubes, Whiskey Gifts for Men, Dad,Husband,Fathers Day(No Butane)

Brand: ABsuper

4.2 ★★★★☆ ▼    48 ratings

**-20%** $19⁹⁵

Was: $24.95 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ▼

Get $60 off instantly: Pay $0.00 $19.95 upon approval for the Amazon Store Card. No annual fee.

| Brand | ABsuper |
|---|---|
| Model Name | YXQ-01 |
| Color | Cocktail Smoker Kit |
| Outer Material | Stainless Steel |
| Inner Material | stainless_steel |

### About this item

- 🏆 【COOL VISUAL EFFECTS IGNITE YOUR SENSES】 Old fashioned smoker kit can ignite your sensory stimulation. When you light up the cocktail chips and watch the smoke slowly infuse into your drink, this cool visual effect will surely amaze you and your friends. When the smoke fills the glass, the drink will quickly produce a soft smoky flavor. You can clearly feel the smell of smoked natural wood from the drink to your mouth and then to your body, which will make you enjoy endless aftertastes.

- 🏆 【WHAT WILL YOU GET】 ABsuper old fashioned cocktail kit with delicate packaging, includes a smoke infuser, a torch (Butane gas not included), a replaceable filter, a cleaning brush,

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$19⁹⁵

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ▼

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25. Order within 26 mins

 Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▼

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | SANTI-US
Returns | Eligible for Return, Refund or Replacement



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



Doe 68

**Cocktail Smoker Kit with Torch,4 Flavors of Wood Smoker Chips and Bourbon,with for Whiskey and Old Fashioned Drinks Smoker Infuser kit,Fine Whiskey Gift for Men,Dad,Husband,Anniversary(No Butane)**

Brand: LOVEERCT

4.7 ★★★★☆ ˅   16 ratings

$**24**.⁹⁰

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:**  ☐ Apply 18% coupon   Shop items › |  Terms

Get $60 off instantly: Pay $0.00 $24.90 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Material | Steel |
| Brand | LOVEERCT |
| Item Dimensions LxWxH | 9.57 x 7.56 x 2.68 inches |
| Included Components | Cocktail Smoker |

**About this item**

- Complete Cocktail Smoker Kit:Our Cocktail Smoker Kit comes with a handheld torch,high quality handcrafted wooden smoker,steel mesh filter,4 natural flavored wood chips,cleaning brush,spoon,2 whiskey ice block and a beautiful gift box.Complete bar style kit to create a better cocktail experience for you and make the most delicious old fashioned whiskey.
- High-quality cocktail smoker:Each of our smokers is made of high-quality beech wood,and then hand-crafted by experienced workers,without any coating,so that the product maintains the most original color.The steel mesh filter is all finely processed to ensure the smooth flow of smoke and prevent the burning debris from falling into it,so you can use it with confidence!
- Simple and Safe Torch:Our chosen torch is hand-held and has a safety switch.It is safe and hygienic,non-toxic and tasteless,and has a wide range of uses.You can press the ignition button



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery**        Pickup

$**24**.⁹⁰

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 27 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



Doe 69

### Cocktail Smoker Kit with Torch,8 Kinds of Wood Chips,Old Fashioned Cocktail Drink Smoke Kit,Bourbon,Whiskey Smoker Infuser Kit,Birthday&Father Day Bourbon Whiskey Gift for Men,Dad,Husband (No Butane)

Brand: AVIU
4.2 ★★★★☆ ˅   125 ratings

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 5% coupon  Shop items › | Terms

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Size: **Black-1**                                                           ⌃

| Black-1 | Black-2 |
|---------|---------|
| $19.99  | $19.99  |

| | |
|---|---|
| Brand | AVIU |
| Model Name | JWJ-001 |
| Color | Black-1 |
| Outer Material | Oak |
| Inner Material | stainless steel |

### About this item
- COCKTAIL SMOKER SET : package including a torch, a cleaning brush, filter, a multifunctional



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 28 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   AVIU Direct Sales



amazon.com/dp/B0BG8T17LB

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

Roll over image to zoom in



Doe 71

**Cocktail Smoker Kit with Torch,Whiskey Smoker Kit,Old Fashioned Bourbon Smoker Kit with Four Kinds of Wood Chips, Whiskey Bourbon Gifts,Gifts for Mothers Day,Birthday and Cocktail Lovers (No Butane)**

Brand: HEXMZUOA

4.0 ★★★★☆ ˅   21 ratings

$42⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $42.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | HEXMZUOA |
|---|---|
| Color | Silver |
| Item Dimensions LxWxH | 5.9 x 5.9 x 1.96 inches |
| Included Components | Cocktail Smoker |
| Number of pieces | 7 |

**About this item**

- ♟ 【FULL SENSORY EXPERIENCE】 Drink smoker infuser kit create a cascading waterfall of smoke that is amazing and will infuse your cocktails.The tender smoky flavor will be produced quickly when cold smoke is absorbed into food and drink which can also avoid burning food in high temperature. You can clearly feel the flavor of smoky natural wood from your mouth into your body, it will completely change the way you experience food and spirits,creating better cocktail experiences.
- ♟ 【VALUED PACKAGE】 Old fashioned smoker kit with delicate packaging, includes a smoke infuser, a torch (Butane gas not included), two replaceable filter, a cleaning brush, a metal spoon and 4 different flavor wood chips( apple, cherry, pecan, oak). Designed to enhance the flavor and taste of cocktail, wine, bee, drinks, and food, bringing an excellent enjoyment conveying to your taste buds.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$42⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16.** Order within 33 mins

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | DOITWELL |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns



‹ › C     🔒 amazon.com/dp/B0BQ5NH9DK

amazon   Deliver to ⊙ Roanoke 24003   Home & Kitchen ▾   Search Amazon     🔍   🇺🇸 EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders   🛒 Cart

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

Doe 72

**Cocktail Smoker Kit with Torch, Whiskey Smoker Kit, Bourbon Smoker Kit, Older Fashioned Drink Smoker Kit with 4 Favors Wood Chips, Whiskey Gifts for Men/ Husband/ Dad (No Butane)**

Visit the HaaWinPl Store
4.1 ★★★★☆ ▾   53 ratings

-13% $19⁹⁸
Was: $22.99 ⓘ
Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 $19.98 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | HaaWinPl |
| Color | White |
| Item Dimensions LxWxH | 10 x 6 x 1.8 inches |
| Included Components | Cocktail Smoker |
| Number of pieces | 7 |

**About this item**

- NEW SOUL EXPERIENCE: the cocktail smoker kit is designed to add a new taste bud experience to the wine/food. The whiskey smoker kit contains 4 flavors wood chips (Apple/Oak/Pecan/Cherry). This cocktail smoker kit is especially suitable for those who like to taste wine and those who want to try something new. Come and enjoy this new experience.
- ANYONE CAN BE A BARTENDER: Easy to use and fully equipped to help you make your own DIY smoked cocktail/whisky in just one minute. Make yourself/your lover/family/friends a smoky cocktail/whiskey in favorite flavor at your own bar and even the most discerning cocktail lover will be impressed and amazed.

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

$19⁹⁸

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25. Order within 34 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   Haawin
Returns   Eligible for Return, Refund or Replacement





Roll over image to zoom in

       

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

**Cocktail Smoker Kit, Bourbon Smoker kit Drink Smoker with 4 Flavor Wood Chips, Old Fashioned Smoker kit,Whiskey Smoker kit as a Gift for Your Loved**

Brand: Generic

3.1 ★★★☆☆ ˅   2 ratings

**-13% $12⁹⁹**

Was: $14.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $12.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Generic |
| **Power Source** | 燃料动力 |
| **Outer Material** | Stainless Steel,Oak |
| **Item Dimensions LxWxH** | 6 x 6 x 2 inches |
| **Inner Material** | stainless steel |
| **Fuel Type** | 木屑 |

**About this item**

- COCKTAIL SMOKER KIT: This cocktail smoker kit will bring you great new sensory experience! It mixes the smell of drink and natural wood,which will completely change the way you experience drink and food.
- WHAT YOU WILL GET:cocktail smoker kit comes with exquisite design and delicate packaging, which includes cocktail smoker chimney x 1pcs, stainless steel filter x 1,apple chips x 10g, cherry chips x 10g,oak chips x 10g,pecan chips x 10g. can absorb hundreds of cocktails. It also comes with a cleaning brush.

Doe 73



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

**$12⁹⁹**

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25. Order within **35 mins**

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   Kateying



amazon | Deliver to ⊙ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon 🔍 | 🔲 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

Doe 74

VIDEO

### LEQMG Cocktail Smoker Kit with Six Flavors Wood Chips,Bourbon,Whiskey,Drink Smoker Kit,Old Fashioned Smoker Kit,Gift For Father,Husband and Men(Without Butane)

Brand: LEQMG

4.5 ★★★★☆ ˅   21 ratings

**-7%** $27⁹⁹

List Price: ~~$29.99~~ ⓘ

Lowest price in 30 days

FREE Returns ˅

**Coupon:** ☐ Apply 20% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | LEQMG |
|---|---|
| Power Source | gas_powered |
| Outer Material | Stainless Steel |
| Item Weight | 1.1 Pounds |
| Item Dimensions LxWxH | 10.59 x 7.95 x 2.24 inches |
| Inner Material | stainless_steel |
| Fuel Type | Wood |

### About this item

- 🔥 【PRODUCT PROPERTIES】 LEQMG Cocktail smoking kit,new design and exquisite packaging,the set includes a smoke infuser, a torch, a cleaning brush, a spoon, a clip, two stainless steel ice stones, a filter and six different flavors of wood smoker chips,made of apple, cherry, pecan, oak, pear, beech, without artificial flavor.
- 🔥 【MULTI-PURPOSE SMOKING KIT】 Whiskey smoker is suitable for DIY,you can have a unique

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$27⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 6 hrs 43 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   LEQMG
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt



Cocktail Smoker Kit, JEHRYA Smoking infuser Old Fashion Smoker Kit with 6 Wood Chips for Whiskey/Bourbon/cocktails/Wine, without Torch

Visit the JEHRYA Store
4.4 ★★★★☆ ⌄ 71 ratings

-39% $16⁹⁹
List Price: $27.99 ⓘ
Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Get $60 off instantly: Pay $0.00 $16.99 upon approval for the Amazon Store Card. No annual fee.

Size: **Cocktail Smoker Kit**

| Cocktail Smoker Kit | Cocktail Smoker Kit... |
|---|---|
| $16.99 | $24.99 |

| Brand | JEHRYA |
|---|---|
| Model Name | JR-SMK-2 |
| Color | wood |
| Outer Material | Beech Wood |
| Inner Material | stainless steel |

Roll over image to zoom in

      

6 VIDEOS

Doe 75

**About this item**

- New Design - Hexagonal thicken style, a currently more innovative design, utilized by JEHRYA cocktail smoker. Sawdust mouth adopts large opening to reduce scorch during burn, plus our all

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$16⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15.** Order within 7 hrs 15 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

Doe 76



## Old Fashioned Cocktails Smoker Kit with Torch,6 Flavors Wood Chips for Cocktail Whiskey Bourbon Smoker Tools,Drink Smokiness Bar Accessories Set,Gifts for Whiskey Lovers,Dad,Husband,Men

Brand: TD TIKDOKT
4.2 ★★★★☆ ˇ   13 ratings

-28% $30⁹⁹

List Price: $42.99 ⓘ

FREE Returns ˇ

Get $60 off instantly: Pay $0.00 $30.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | TD TIKDOKT |
| **Color** | Black |
| **Included Components** | Cocktail Smoker |
| **Number of pieces** | 12 |

### About this item

- 【Complete Old Fashioned Smoker Kit】 This set is beautifully designed and complete with items, including a torch, upgraded filter, spoon, cleaning brush, 4 ice stones and 6 different flavors of pear, apple, beech, cherry, walnut and oak wood chips. Let you feel the scent of nature and relax your body and mind. ( NOTE: Without Butane )
- 【Easily Become the Focus】 The design of this Old Fashioned Cocktails Smoker Kit upgraded appearance and upgraded stainless steel mesh, reasonable and just the right size, easy to carry. The upgraded package is made faster, so you don't have to wait for a long time to enjoy it. Let you add fun at parties, bars, and places where you need to show your charm.
- 【Multiple Experiences】 The glass old fashioned smoker infuser kit for cocktails pairs perfectly with many cocktails, whiskeys, or bourbons, adding a smoky flavor that is perfect for drinking straight, on the rocks, or with any mixed drink. With a variety of delicious smoked fries, you can

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$30⁹⁹

FREE Returns ˇ

FREE delivery **Tuesday, May 16**. Order within 39 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˇ

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | beijingxianting |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns



amazon
Deliver to
Roanoke 24003
Home & Kitchen ▾    Search Amazon
EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    Cart 0

Sign in
New customer? Start here.

☰ All    Clinic    Customer Service    Best Sellers    Amazon Basics    New Releases    Prime ▾    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    Gift Cards    Pharmacy    One Medical    Toys & Games    y Stores    Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 77

**Cocktail Smoker Kit with Torch, Old Fashioned Smoker Kit for Bourbon, Wine, Whiskey Smoker Kit, Drink Smoker Infuser Kit With 4 Kinds of Wood Smoker Chips and 1 Ice Mold For Your Dad, Husband, Friends (No Butane)**

Brand: Mollywatr
4.6 ★★★★☆ ⌄    48 ratings

$25⁹⁸

FREE Returns ⌄

Get $60 off instantly: Pay $0.00 $25.98 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Mollywatr |
| Outer Material | Oak |
| Item Dimensions LxWxH | 8.35 x 7.56 x 3.31 inches |
| Inner Material | stainless steel |
| Fuel Type | Wood |

**About this item**

- 【Whiskey Smoker Infuser Kit】 Our smoked old fashioned kit comes with everything you need to ignite smoke in your favorite drinks. You will get a complete cocktail smoker, a torch, a cleaning brush, a spoon, 2 replaceable filters, 2 ice moulds and 4 different natural wood chips for smokers:Oak, Cherry, Walnut and Apple.
- 【Mens Birthday Gift Ideas】 This smoked cocktail kit comes with exquisite design and packaging, which is a perfect gift for Christmas, birthday and Father's Day for fathers, husbands and other cocktail & whiskey lovers and more!
- 【More than a Drink Smoker for Whiskey】 You can buy this whisky smoker kit for your significant other, and then you will discover the joy of having smoked cocktails. And this Not Only for whiskey! Cocktails, Meats, Cheese, and even ice cream! It is not limited to kitchen and

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$25⁹⁸

FREE Returns ⌄

FREE delivery Tuesday, May 16

Or fastest delivery Monday, May 15. Order within 7 hrs 53 mins

⊙ Deliver to Roanoke 24003

In Stock

Qty: 1 ⌄

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    LJDZ US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



2 VIDEOS

Doe 78

**CREATIVECHEF Cocktail Smoker Kit, Old Fashioned Whiskey Smoker, Bourbon Smoker Kit, 4 Flavors Wood Chips, Glass Dome And Wood Base (install LED light strips)**

Visit the CREATIVECHEF Store
3.8 ★★★★☆ ˅   25 ratings

$76⁴⁵

FREE Returns ˅

**Coupon:** ☐ Apply 8% coupon Shop items › | Terms

Get $60 off instantly: Pay $16.45 $76.45 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Style: **Luminous**                                                    ˄

| Luminous | Dark |
|----------|------|
| $76.45 | $76.11 |

| | |
|---|---|
| Brand | CREATIVECHEF |
| Model Name | 130 |
| Outer Material | Glass,Oak |
| Item Dimensions LxWxH | 5.1 x 5.1 x 9.8 inches |
| Inner Material | stainless steel |
| Fuel Type | Wood Chips |

**About this item**



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

**○ Buy new:**
$76⁴⁵

FREE Returns ˅

**FREE delivery Wednesday, May 17**

⊙ Deliver to Roanoke 24003

**Only 14 left in stock - order soon**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | CREATIVECHEF |
| Returns | Eligible for Return, Refund or Replacement with... |
| Packaging | Shows what's inside |



amazon.com/dp/B0BM482M17?th=1

Open 100 in 100% Reviews as 1st Print 98100% Page 99 of 120 Page 84 of 95



Roll over image to zoom in

      

Doe 79

## Cocktail Smoker kit with Torch-Cocktail Smoker kit-Whisky and Bourbon-Silver Black (No Butane)

Brand: OFBLRZY

4.5 ★★★★☆ ˅   29 ratings

**-56% $17⁷⁷**

Was: $39.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $17.77 upon approval for the Amazon Store Card. No annual fee.

**Color: Silver-black** ⌃

 

$17.77   $17.77

| Brand | OFBLRZY |
|---|---|
| Color | Silver-black |
| Item Dimensions LxWxH | 11.8 x 11.1 x 2.3 inches |
| Included Components | Cocktail Smoker |
| Number of Pieces | 1 |

### About this item

- 【HIGH-QUALITY】 Cocktail Smoker Kit is made of high-quality oak and is durable. Cocktail Smoker Kit includes four different flavors of wood smoke, a high-end flashlight, a filter, a cleaning brush, two wooden dice and a spoon. This is a set of exquisite gift boxes, a gift to your

---

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

**$17⁷⁷**

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 43 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   AWAZOLMN



amazon    Deliver to ⊙ Roanoke 24003    Home & Kitchen ▾    Search Amazon      🔍    ▬ EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 Cart

**Sign in**

New customer? Start here.

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   y Stores   Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

2 VIDEOS

Doe 79

**Cocktail-Smoker,Cocktail-Smoker-Kit,Four Kinds of Wood Smoked Chips for Cocktail,Whisky and Bourbon-Old Fashioned Smoker Kit,Gift for Father, Boyfriend and Husband -Silver Black (No Butane)**

Brand: OFBLRZY

4.5 ★★★★½ ▾   29 ratings

$17⁷⁷

Get Fast, Free Shipping with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 $17.77 upon approval for the Amazon Store Card. No annual fee.

Color: **Silver** ^



$17.77    $17.77

| Brand | OFBLRZY |
|---|---|
| Color | Silver |
| Included Components | Cocktail Smoker |
| Number of Pieces | 7 |

**About this item**

- 【HIGH-QUALITY】 Cocktail Smoker Kit is made of high-quality oak and is durable. Cocktail Smoker Kit includes four different flavors of wood smoke, a high-end flashlight, a filter, a cleaning brush, two wooden dice and a spoon. This is a set of exquisite gift boxes,
- 【IGNITE THE SENSES】 The Cocktail Smoker kit can ignite your senses. When cold smoke is



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$17⁷⁷

Get Fast, Free Shipping with Amazon Prime
FREE Returns ▾

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 14 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   AWAZOLMN



amazon

Deliver to
Roanoke 24003

Home & Kitchen ▾   Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾   Returns
& Orders   Cart

All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home       Shop by Room           Discover           Shop by Style           Home Décor           Furniture           Kitchen & Dining           Bed & Bath           Garden & Outdoor           Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



**US Oak Cocktail Smoker Whiskey Smoker Kit, Old Fashioned Smoker Cocktail Kit with Wood Chips, Whiskey Smoker Cocktail Smoker Kit for Drinks**

Brand: GOOSDA
4.5 ★★★★☆ ˅   145 ratings

$32⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $32.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | GOOSDA |
| Form Factor | Case |
| Material | Wood |
| Special Feature | Scratch Resistant |
| Pattern | Solid |

**Customer ratings by feature**

| | | |
|---|---|---|
| Value for money | ★★★★☆ | 4.7 |
| Durability | ★★★★☆ | 4.7 |

See all reviews

Roll over image to zoom in

Doe 81

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$32⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16.** Order within 48 mins

◉ Deliver to Roanoke 24003

**Only 1 left in stock - order soon**

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   Case2do
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

**Add a Protection Plan:**
☐ Tech Unlimited – Protect Many Devices with 1 Plan

**Frequently bought together**





amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 82

**Cocktail Smoker Kit with 7 Pcs Wood Chips, for Infuse Whiskey, Cocktail, Wine, Meat, Cheese Old Fashioned Smoker Kit,Smoker Accessories Include Cleaning Brush, Filter,Spoon**

Brand: Chvntye SYBOCKK

4.5 ★★★★½ ˅    15 ratings

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Chvntye SYBOCKK |
| **Power Source** | wood |
| **Color** | brown,black |
| **Outer Material** | Oak |
| **Inner Material** | stainless_steel |

**About this item**

- 7 Flavored Wood Chips : Our Cocktail Smoker comes with 7 different flavors of Apple, Cherry, Hickory, Pear, Peach and Oak, Walnut Wood Chips, and no artificial flavor ingredients. In order to ensure the extraction of smoked flavor, all wood chips are air-dried to the right humidity and crushed to the right particle size for full combustion.
- Wide Application: Widely used for cocktails, wine, whiskey and bourbon, meats, cheese, coffee, ice cream, dried fruit, salt and more. This Old Fashioned Cold Smoker is perfect for pairing with a variety of foods and beverages.
- Easy to Use: The perfect size design can meet the needs of different wine sets, works fast and will result in smokey cocktails in only a few seconds. Let you make smoked drinks anytime and anywhere, please enjoy it!

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 18 hrs 30 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon



amazon.com/dp/B09SZ7RVC6

amazon
Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Sign in

New customer? Start here.

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 83

### Hantop Bourbon Cocktail Smoker Kit, Old Fashioned Wood Drink Smoker Infuser Kit with Torch, Bourbon Cocktail Smoker with 4 Kinds of Wood Chips, Whiskey Smoker Kit Gift for Dad Husband Men

Visit the hantop Store

4.8 ★★★★★ ˅ 20 ratings

**-13% $34⁹⁹**

Was: $39.99 ⓘ

Lowest price in 30 days

FREE Returns ˅

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | hantop |
| Model Name | 1 |
| Outer Material | Stainless Steel |
| Item Dimensions LxWxH | 8.86 x 8.86 x 3.93 inches |
| Inner Material | stainless_steel |

#### About this item

- Create a Unique & Sophisticated Drinking Experience. The Smoke Lid uses smoke to add a new flavor profile to cocktails. Enhance flavors and impress guests with our complete drink smoker kit. Try it with your whiskey or bourbon neat, old fashioned, manhattan, and much more.
- The Aged & Charred Old Fashioned Cocktail Smoker Kit. Provides advanced airflow for ample smoke and maximum flavor. Made of 100% oak, the versatile tapered design sits flat on top of small cocktail glasses and snug inside the rim of larger glasses.
- A Complete Whiskey Infusion Kit with Convenient Extras. Your drink smoker kit comes with the oak smoker, a refillable premium torch, a container of wood chips, and three stainless steel screens. Butane not included.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

**$34⁹⁹**

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 23 hrs 49 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | Nobvape-US
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt



amazon.com/dp/B09QM11LYN

amazon
Deliver to
◎ Roanoke 24003    Home & Kitchen ▾    Search Amazon                                     🔍    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 Cart

☰ All    Clinic    Customer Service    Best Sellers    Amazon Basics    New Releases    Prime ▾    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    Gift Cards    Pharmacy    One Medical    Toys & Games    Stores    Automotive

Amazon Home        Shop by Room        Discover        Shop by Style        Home Décor        Furniture        Kitchen & Dining        Bed & Bath        Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Fuel & Firestarters › Smoker Chips



Roll over image to zoom in

       

## Doe 84

### Cocktail Smoker Kit 4 Pack Of Cherry, Hickory, Apple & Oak Wood Chips - Smoke Stack for Old Fashioned Whiskey Bourbon Smoker kit Gift for Dad, Husband, Friend and Brother Increase the Party Atmosphere (hexagon)

Brand: WoodCloris
3.9 ★★★★☆ ˅    12 ratings

$9⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Store Card. No annual fee.

Size:
**hexagon**

| | |
|---|---|
| Brand | WoodCloris |
| Power Source | wood |
| Color | primary color |
| Outer Material | Stainless Steel,Oak |
| Item Weight | 0.5 Pounds |
| Item Dimensions LxWxH | 5.9 x 5.9 x 2.3 inches |

˅ See more

### About this item

- 🎁 【OLD FASHIONED SMOKER KIT】 Our bartender cocktail smoker kit is made of natural chemical-free wood, carefully ground and polished with exquisite appearance, smooth to the touch. It is a good choice for your own use or as a gift for your boyfriend, husband, father,

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$9⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 17 hrs

◎ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now





amazon.com/dp/B09PH6TP7R

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



## Doe 85

### Cocktail Smoker Kit & Chips For Old Fashioned Cocktails,Drink Smoker Infuser Kit with 4 Flavors Wood Chips, Old Fashioned Smoker Kit for Cocktail, Whiskey, Wine, Christmas gifts for Dad Boyfriend (B)

Visit the bayyevpu Store
3.8 ★★★★☆ ˅   16 ratings

$16.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $16.88 upon approval for the Amazon Store Card. No annual fee.

Color:
B

| | |
|---|---|
| Material | Stainless Steel |
| Brand | bayyevpu |
| Color | B |
| Included Components | Cocktail Smoker |

### About this item
- 🍷 【Perfect Cocktail Smoker set】 The drink smoker infuser kit include 1pc exquisite gift box,1pc wooden smoker hat,1 pc wooden top,1 pc of stainless steel filter, 1 pc cleaning brush,1 pc spoon and 4 different flavor 100% natural Wood Shavings of apple, cherry, pecan, and oak. Meet the needs of smoked whiskey,bourbon,old fashioned,or other cocktail.
- 🍷 【Premium Material 】 Smoker handcrafted from solid oak. High temperature resistant bell shaped cover holds the fuel chips tight and force the smoke out. 100% natural chemical-free wood chips, gives pleasant light smokiness fruity aroma and taste.
- 🍷 【Simple and Fun To Use】 Hand-held smoker is very simple to operate, prepare the smoking

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

$16.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | bayyevpu-US
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ≡ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Sign in

New customer? Start here.

Patio, Lawn & Garden › Grills & Outdoor Cooking › Fuel & Firestarters › Smoker Chips

Roll over image to zoom in

Doe 86

**Cocktail Smoker, Equipped with 4 Boxes of Fruit-Flavored Wood Chips, Cleaning Brush, Filter, Spoon. Infuse Cocktail, Wine, Meat, Whiskey Smoking Accessories to add Wonderful Flavor to Drinks or Food**
Brand: Silob
4.2 ★★★★☆ ˅    10 ratings

| | |
|---|---|
| Brand | Silob |
| Model Name | Cocktail smoker |
| Color | Bamboo Color |
| Outer Material | Wood |
| Inner Material | stainless steel |

**About this item**

- 【Everybody can be a bartender】 This Cocktail Smoke Kit will help you make better cocktails by quickly blending natural smoky flavors into your drinks while enhancing the visual, taste, and smell experience, friendly for beginners!
- 【Easy to Use】 Put the drink smoker on top of the cup after preparing your drink, then put a few wood chips and ignite it with a torch, wait a few seconds,move the whiskey smoker and shake slightly, the drink will quickly mix in a soft smoky flavor. You can clearly feel the smell of smoked natural wood from the drink, which will make you enjoy endless aftertastes.
- 【Multi-Purpose Drink Smoker infuser Set】 The cocktail smoker kit can be used by your ideas to DIY smoky drinks or food that you can use for, cocktails, whiskey, wine, drinks, bourbon, meats, cheese, dried fruits, BBQ, dessert, and more. The size perfectly fits different sizes of cups, glasses, and small bowls. It's easy to carry, allows you to use to include a kitchen, bar, picnic, hiking, fishing, and so on.
- 【EXCELLENT GIFT】 Order the delicate package smoker kit for yourself or as an exceptional gift for dad, husband, another whiskey enthusiast, a thoughtful choice for birthday, holidays, man cave, gentlemen's bourbon gifts for men, and more!

⊚ Deliver to Roanoke 24003

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon



◁ ▷ C     🔖     🔒 amazon.com/dp/B09LHT66LY

amazon  Deliver to ◎ Roanoke 24003   Home & Kitchen ▾  Search Amazon  🔍   ▬ EN ▾  Hello, sign in Account & Lists ▾   Returns & Orders   🛒 Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Garden & Outdoor     Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

     

2 VIDEOS

Doe 87

**Cocktail Smoker with Wood Chips Old Fashioned Cold Smoker for Cocktail, Whiskey, Wine, Bourbon , Cheese, Meat and More, Cocktail Smoking Kit Wood Shavings Father's Day Gift**

Visit the CABINAHOME Store
4.5 ★★★★⯨ ˅   132 ratings

$16⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 ~~$16.99~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | CABINAHOME |
| Model Name | smoker chips |
| Color | brown |
| Outer Material | Stainless Steel,Oak |
| Inner Material | stainless_steel |

**About this item**

- Cocktail Smoker set : package including a smoke infuser, a cleaning brush, a stainless steel filter , a spoon and 4 different flavor 100% natural Wood Shavings of apple, cherry, pecan, and oak . Enhance the flavor of your food and drinking and give pleasant light smokiness fruity aroma and taste.
- Easy to use : The trick to make sure there's a lot of smoke is to point directly down the middle so the pressure of the torch pushes the smoke down. Don't flame it on the sides or at a angle ,the smoke will not go in cup.
- Material : The smoke infuser is made of 100% solid oak, handmade by craftsmen, smooth surface. Size 10cm/ 3.5 inch . Quickly produce smoke within 10 seconds . Simple to use for beginner or professional bartender .



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery        Pickup

$16⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

FREE delivery Wednesday, May 17 on orders shipped by Amazon over $25

◎ Deliver to Roanoke 24003

In Stock

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from  Amazon
Sold by    vernilla



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▇ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

6 VIDEOS

## Doe 88

**Whiskey Smoker Kit with Torch,Cocktail Smoker,Bourbon Smoker Kit, Old Fashioned Smoker Infuser Kit with 6 Flavour Wood Chips, Drink Smoker Kit, Gifts for Friends, Dad, Bar Whiskey Lovers(No Butane)**

Visit the Navasly Store

4.4 ★★★★⯨ ▾    46 ratings

-14% $24⁹⁹

Was: $28.99 ⓘ

Lowest price in 30 days

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ▾

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| Color | Black |
|---|---|
| Brand | Navasly |
| Number of Pieces | 10 |

### About this item

- 🎃 【Professional Design & Unique Drinking Experience】 Cocktail Smoker Kit is specially designed for cocktail whiskey lovers, adding new flavor profile, enhance rich texture and impress guests with our complete drink smoker kit. Enjoy it with whiskey, bourbon neat, old fashioned, manhattan……allows you to truly experience the subtle and captivating smoky flavor from vision, olfaction and gustation.
- 🎃 【Natural Material & 6 Flavors】 6 different flavors wood chips of apple, cherry, pecan, pear, peach and oak without artificial fragrance ingredients, which guarantee the purest taste. Not only engage users in a unique bartending experience but also be used to make smoked cheese, meat, fish, coffee and even ice cream. Suitable for many scenarios such as bars, kitchens and picnics, to meet your various needs.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Delivery**    Pickup

◉ Buy new:

$24⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ▾

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 7 hrs 14 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart



Patio, Lawn & Garden › Grills & Outdoor Cooking › Fuel & Firestarters › Smoker Chips

**ItsNio 4 PCS Wood Smoking Chips for Cocktail Smoker, Old Fashioned Smoker Kit Smoker Chips, Sawdust for Smoked Drinks, Food, Cocktails, Cheese, Desserts (Apple, Pear, Hickory, Oak) Wood Chips**

Visit the ItsNio Store
4.2 ★★★★☆ ˅   42 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Color:
**4 Smoking Chips**

| | |
|---|---|
| **Brand** | ItsNio |
| **Power Source** | wood |
| **Color** | 4 Smoking Chips |
| **Item Dimensions LxWxH** | 6.34 x 4.8 x 1.14 inches |
| **Fuel Type** | Wood Chips |

Roll over image to zoom in

Doe 89

**About this item**
- 【4 DELICIOUS SMOKE FLAVORS】 - Add savory hints of apple, pear, hickory and oak flavors using your favorite handheld smoke infuser. Even combine multiple flavors to give your drinks, cocktails, meat, vegetables, cheese and other food the perfect smoke infused taste.
- 【 ALL NATURAL FINE CUT WOOD CHIPS】 - Rest assured that these cocktail smoked wood chips are 100% all natural, dried to an optimal temperature of 16 degrees, contain no preservatives, chemicals or harmful substances and blend perfectly with the tastes of professionals, connoisseurs and casual chefs or bartenders.
- 【 ADD FLAVOR TO DRINKS & FOOD】 - Whether you want to add a smoky, sweet and savory flavor to your whiskey old fashioned, bourbon, cocktail, steak, cheese or fish, this is the perfect wood chips variety pack for you. Simply poor the wood chips into the handheld smoke infuser

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⊚ Deliver to Roanoke 24003

Add to List

Have one to sell?

Sell on Amazon





Roll over image to zoom in

      

VIDEO

Doe 90

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

**BishBash Cocktail Smoker Kit with Torch - Bourbon Smoker Kit with 4 Flavored Cocktail Smoker Wood Chips - Birthday Gift Old Fashioned Cocktail Kit, Cocktail Smokers Drink Kit for Men, Dad. No Butane.**

Visit the BishBash Store
4.4 ★★★★☆ ˅    86 ratings

-53% $**34**⁹⁹

List Price: $75.00 ⓘ

FREE Returns ˅

**Coupon:** ☐ Apply 20% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| Brand | BishBash |
|---|---|
| Model Name | BB-003 |
| Color | Black |
| Outer Material | Stainless Steel |
| Inner Material | stainless_steel |

**About this item**

- Mix Your Drinks & Heighten the Senses: Experience an elegantly crafted old fashioned at home! Our cocktail smoker kit with torch is beautifully curated so you can wow your guests, customize your drinks, and feel like a bona fide bartender.
- Premium Cocktail Smoker Kit: Each piece on our cocktail smoker kit for drinks is carefully made to be durable and look exquisite. The whiskey smoker kit box even makes a great décor in your own bar.
- For Beginners & Professionals: Take your drinks to the next level! For a seasoned mixologist, barkeeper, or simply someone who has a passion for it, our bourbon smoker kit is a boost to

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

◉ Buy new:
$**34**⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 23 hrs 40 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Bishbash |
| Returns | Eligible for Return, |



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart 0

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

       

4 VIDEOS

# Doe 91

## Cocktail Smoker Kit Whiskey Smoker Infuser Kit for Cocktails,Whiskeys,Wine,Drink,Bourbon,Cheese,Meat and More,Old Fashioned Smoker Kit With 4 Pack of Natural Wood Chips for Smoker

Brand: SelfSparkle
5.0 ★★★★★ ˅  3 ratings

$22⁹⁴

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $22.94 upon approval for the Amazon Store Card. No annual fee.

| Brand | SelfSparkle |
| --- | --- |
| Model Name | Whiskey Smoker Infuser Kit |
| Power Source | Old Fashioned Smoker Kit |
| Color | Black |
| Outer Material | Stainless Steel,Oak |
| Item Dimensions LxWxH | 6 x 6 x 2.25 inches |

˅ See more

### About this item

- ❤What You Get:The cocktail smoker kit package including a smoke infuser,a stainless steel filter,a bamboo clip,a cleaning brush,and 4 pack of wood chips flavors including apple,cherry,pecan,oak.
- ❤High-quality Original Material:The smoke infuser is made of 100% solid beech,the surface is very smooth,which is handmade by craftsmen,the infuser with 6 holes diameter is 9cm(about 3.5 inch).it produces smoke quickly in seconds,very simple and easy to use,the whiskey smoker infuser kit is suitable for beginners or professional bartenders.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$22⁹⁴

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

FREE delivery Tuesday, May 16 on orders shipped by Amazon over $25

Or fastest delivery Friday, May 12. Order within 11 hrs 50 mins

Deliver to Roanoke 24003

Only 5 left in stock - order soon

Qty: 1 ˅

Add to Cart

Buy Now





Roll over image to zoom in



3 VIDEOS

Doe 92

**Cocktail Smoker Kit – 4 Flavors Wood Chips – Old Fashioned Kit, Bourbon, Whiskey Smoker Infuser Kit for Old Fashioned Cocktails, Drinks – Bourbon Whiskey Gifts Gifts for Men, Dad**

Visit the KUZKUZY Store
4.5 ★★★★☆ ˅   479 ratings

$28⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $28.99 upon approval for the Amazon Store Card. No annual fee.

Style: **Without Torch**

| Without Torch | With Torch |
|---|---|
| $28.99 | $35.95 |

| | |
|---|---|
| Material | Stainless Steel |
| Brand | KUZKUZY |
| Included Components | Cocktail Smoker |
| Number of Pieces | 4 |

**About this item**

- 【Old Fashioned Drinks Craftsman】 Wow your friends at your home bar with a delicious smoke-infused cocktail that is sure to impress even the most discerning cocktail lover!
- 【Glass Top Whiskey Smoker Infuser Kit】 Enjoy your Cocktail, Whiskey, or Bourbon with the added depth of smoked flavor! Perfect for a whiskey straight up, on the rocks, or any mixed drinks! Smoking chips in a variety of delicious flavors, allowing you to create the perfect mood



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery          Pickup

$28⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16.**
Order within 11 hrs 51 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by      Cucumber Design
Returns      Eligible for Return,
             Refund or Replacement
             within 30 days of receipt

amazon | Deliver to Roanoke 24003 | Garden & Outdoor ▾ | Search Amazon | 🔍 | ▇ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

Sign in

New customer? Start here.

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Fuel & Firestarters › Smoker Chips



Roll over image to zoom in

**Fenluoqi Cocktail Smoking Wood Chips, 8 Popular Natural Flavors of Apple Walnut and Oak Smoking Wood Chips for Handheld Smoke Infuser, Perfect for BBQ Smoking and Grilling Meat Pork Chicken and Whis**

Brand: Fenluoqi

$24$^{99}$

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.



$24$^{99}$

FREE delivery **May 18 - 23**. Details

📍 Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | Konobeyi |
| Sold by | Konobeyi |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

**Buy it with**



Total price: $65.97



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

## Consider these available items

Cocktail Smoker Kit- Old Fashioned Smoker with Oak, Cherry, Apple and Pecan Wood Chips, Drink Smoker Infuser for Bourbon Whiskey Cocktail (Beech)
★★★★☆ 8
$26⁹⁹

Cocktail Smoker Kit with Torch for Infuse Cocktail Whiskey,Wine, BBQ,Flavor Drink Smoker Include Oak, Cherry, Apple and Pecan Wood Chips,Whiskey Smoker Gifts for Men  (No Butane)
★★★★☆ 281
$25⁹⁷

Cocktail Smoker Kit - Premium Quality Wood - Wooden Bar Smoker for Cocktails - Old Fashioned Cocktails, Whiskey or Bourbon, Drinks
★★★★☆ 176
$24⁹⁵

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



**Cocktail Smoker Kit: Drink Smoker Infuser Kit with Cleaning Brush, Filter, Cherry, Oak, Apple, and Pecan Wood Chips, Old Fashioned Smoker Kit for Cocktail, Whiskey, Wine, Gift for Whiskey Smoker Lover**
Brand: WEYAPE
4.3 ★★★★☆ ˅    24 ratings

### Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | WEYAPE |
| --- | --- |
| Model Name | JMU01 |
| Power Source | wood |
| Color | wood |
| Outer Material | Stainless Steel,Oak |
| Inner Material | stainless_steel |
| Fuel Type | 木屑 |

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Roanoke 24003

Add to List

Have one to sell?
Sell on Amazon

Doe 94

Roll over image to zoom in

#### About this item
- Unique & Innovative Way of Tasting Cocktail: Cocktail smoker is made of european beech, smoking wood chips is added to the cocktail smoker and burnt with a kitchen torch, creating a cascading waterfall of culinary smoke while enhancing the flavor of your food and spirits.



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

**CREATIVECHEF Cocktail Smoker Kit, Old Fashioned Whiskey Smoker, Bourbon Smoker Kit, 4 Flavors Wood Chips, Glass Dome And Wood Base**

Visit the CREATIVECHEF Store

3.8 ★★★★☆ ˅  25 ratings

$76$^{11}$

FREE Returns ˅

**Coupon:** ☐ Apply 8% coupon  Shop items › | Terms

Get $60 off instantly: Pay $16.11 ~~$76.11~~ upon approval for the Amazon Store Card. No annual fee.

**Style: Dark** ⌃

| Dark | Luminous |
|------|----------|
| $76.11 | $76.45 |

| | |
|---|---|
| Brand | CREATIVECHEF |
| Model Name | 130 |
| Outer Material | Oak,Glass |
| Item Dimensions LxWxH | 5.1 x 5.1 x 9.8 inches |
| Inner Material | stainless steel |
| Fuel Type | Wood Chips |
| Product Dimensions | 5.1"D x 5.1"W x 9.8"H |

**About this item**

- [Excellent gift choice] The package includes a smoker, glass dome and wood base. With the glass dome, more smoke can be injected into the cocktail and drink, and the smoke effect can be seen

Roll over image to zoom in

2 VIDEOS

Doe 95

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

$76$^{11}$

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 23 hrs 10 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon
Sold by  CREATIVECHEF
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt



amazon    Deliver to
          Roanoke 24003     Home & Kitchen ▾    Search Amazon                                    🔍    EN ▾    Hello, sign in      Returns        🛒 0
                                                                                                              Account & Lists ▾   & Orders        Cart

☰ All    Clinic    Customer Service    Best Sellers    Amazon Basics    New Releases    Prime ▾    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    Gift Cards    Pharmacy    One Medical    Toys & Games    Sell    Coupons    Luxury Stores    Automotive

Amazon Home       Shop by Room         Discover          Shop by Style         Home Décor          Furniture          Kitchen & Dining         Bed & Bath            Garden & Outdoor          Home Improvement

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Bar & Wine Tools › Bar Sets



Roll over image to zoom in

        

VIDEO

## Doe 96

### Cocktail Smoker Kit with Butane Torch Old Fashioned Cold Smoker for Cocktail, Whiskey, Wine, Bourbon , Cheese, Meat and More, Cocktail Smoking Kit Wood Shavings

Visit the CABINAHOME Store

4.0 ★★★★☆ ˅    319 ratings

$22⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | CABINAHOME |
|---|---|
| Model Name | smoker chips and torch |
| Color | brown with torch |
| Outer Material | Stainless Steel,Oak |
| Inner Material | stainless_steel |

#### About this item

- Cocktail Smoker set : package including a smoke infuser, a cleaning brush, a stainless steel filter , a spoon and 4 different flavor 100% natural Wood Shavings of apple, cherry, pecan, and oak ,a portable Torch . Enhance the flavor of your food and drinking and give pleasant light smokiness fruity aroma and taste.
- Material : The smoke infuser is made of 100% solid oak, handmade by craftsmen, smooth surface. Size 10cm/ 3.5 inch . torch size 13cm/ 5.1 inch . Quickly produce smoke within 10 seconds . Simple to use for beginner or professional bartender .
- Widely use : Not only for Cocktail Smoker , Cold smoke anything drinking or foods you can think of, cocktails, wine, Whiskey and Bourbon , meats, cheese, coffee, ice cream, dried fruits, Salt, BBQ . This user-friendly at home cold smoker is perfect for a variety of foods and drinks.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$22⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Friday, May 12**. Order within **11 hrs 56 mins**

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

Payment     Secure transaction
Ships from   Amazon
Sold by      vernilla

amazon.com/dp/B09HJX56FQ

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers





Roll over image to zoom in

      

2 VIDEOS

Doe 98

**Cocktail Smoker Kit with Cocktail Smoker & Wood Chips - for Smoked Cocktail, Whiskey, Old Fashioned, Cheese, Meat, Bourbon Smoking Infuser Kit - Best Gift for Drinking Lover, Dad, Husband**

Visit the lanccona Store
4.4 ★★★★☆ ˅  116 ratings

**-20%** $13.99
Was: $17.48 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

    Get $60 off instantly: Pay $0.00 $13.99 upon approval for the Amazon Store Card. No annual fee.

| Material | Wood |
|---|---|
| Brand | Lanccona |
| Included Components | Cocktail Smoker |
| Number of pieces | 7 |

**About this item**

- A Unique and Innovative Way of Tasting: Cocktail Smoker will bring you a different experience. Burning with any culinary/kitchen torch, this drink smoker allows you to fully encase your cocktail in a smokey environment, hopefully making it as aromatic as possible.
- Original Smoky Taste: The Smoke cocktail kit is 100% oak and the wood chips are made of natural fruitwood, it can be burned 100%. The smoky flavor will make you endless aftertaste. Drink smoker infuser kit comes with Wooden Lid, you totally can try it boldly and adjust the smoke-flavored whiskey that suits your taste.
- Achieve the Best Old Fashioned: Both professional bartenders and beginners can use our smoky cocktail shaker. Old fashioned smoker kit will be used to infuse smoke into your favorite drink. Help you to achieve the best Old Fashioned ever and comes with cocktail mixes that just need whiskey or bourbon to be completed. And the finished product will be delightfully smokey.

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$13.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Friday, May 12**. Order within 11 hrs 58 mins

📍 Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

       

VIDEO

Doe 99

## Cocktail Smoker Kit, Cocktail Smoker Kit For Drinks, 8 Holes For More Smoke, Gift Box For Easy Storage, Four Kinds of Wood Chips, Wine& Bourbon, Gifts for Men

Brand: BEARZZZ
3.9 ★★★★☆ ˅   14 ratings

$35⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $35.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | BEARZZZ |
| --- | --- |
| Outer Material | Wood |
| Item Dimensions LxWxH | 3.94 x 3.94 x 1.97 inches |
| Inner Material | stainless steel |

### About this item

- [PERFECT GIFTS FOR MEN,FATHER,HIM WHO ENJOYS A DRINK]: Bearzzz smoker kit can be used with any cocktail, whiskey, or bourbon. The foghat cocktail smoker will add a heady, full sensory experience to your drink or food that won't go unnoticed.
- [INCLUDES FOUR SAMLL PACKETS OF FRUIT]:The Cocktail Smoking Kit includes four small packets of fruit chips, so you can try different flavors.Besides, these fine cocktail smoker chips will work with any culinary torch or smoking gun to make smoked cocktails such as the Old Fashioned, Negroni, or Sazerac, which provide a soothing aroma and a perfect accent to any drink.
- [PRACTICAL AND BEAUTIFULLY PACKAGED]BearZzZ cocktail smoker set for drinks are packaged in gift box to make it easier to give as a present, and the box is also convenient for storing the set, rather than randomly throwing them away.
- [SIMPLE YET ELEGANT DESIGN]:Simple yet elegant design lets you be a professional

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$35⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 20 hrs 14 mins

⊙ Deliver to Roanoke 24003

### In Stock

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| --- | --- |
| Ships from | Amazon |
| Sold by | BearZzZ |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |



Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Bar & Wine Tools › Bar Sets



Roll over image to zoom in



4 VIDEOS

Doe 100

## Dad Birthday & Anniversary Gifts Cocktail Smoker Kit with Torch by HISMOK - 22 PCS Bourbon Whiskey Smoker Kit with 6 Wood Chips & 4 Marble ICES,Old Fashioned Cocktail Kit for Him/Husband(No Butane)

Visit the HISMOK Store

4.4 ★★★★☆ ˅   34 ratings

$49⁹⁵

FREE Returns ˅

**Coupon:** ☐ Apply 20% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $49.95 upon approval for the Amazon Store Card. No annual fee.

**Extra Savings** Promotion Available   7 Applicable Promotion(s) ˅

| Material | Beech |
|---|---|
| Brand | HISMOK |
| Color | Beech |
| Included Components | 4x Marble Ice Cubes, 1x Blow Torch, 1x Ice Clip, 1x PU Travel Bag, 1x Thick Filter, 1x Chips Spoon, 1x Tweezer, 2x Cleaning Brushes, 1x Smoke Infuser, 6x Wood Chips |
| Number of Pieces | 22 |

### About this item

- 🏆 【Gifts for Dad】HISMOK whiskey smoker kit, with exquisite packaging design, including 1x Torch, 1x Smoke Infuser, 6x Wood Chips, 4x Marble Ice Cubes, 3x Nozzles, 2x Cleaning Brushes, 1x Thick Filter, 1x Ice Clip, 1x Chips Spoon, 1x Tweezer, 1x PU Travel Bag
- 🪵 【Non-toxic Smoker Infuser】All drink smokers are carved from beech wood with natural wood wax, instead of toxic varnish like other brands. All craftsmanship—including hollowing, polishing, and carving—is done by skilled craftsmen, so each bourbon smoker has its unique wood grain, color, and grain. The special whiskey smoker infuser can give your whiskey cocktails that heavy, smoky

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$49⁹⁵

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within 12 hrs 1 min

📍 Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Hismok Direct |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



Doe 101

## NKNI Cocktail Smoker Kit with Torch, Four Kinds of Wood Smoked Chips for Whisky, Cocktail and Bourbon, Old Fashioned Smoker Kit,Gift for Father, Husband and Friend (No Butane) (4)

Brand: NKNI

4.6 ★★★★☆ ˅   74 ratings

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 30% coupon  Shop items › | Terms

Get **$60 off instantly**: Pay **$0.00** ~~$19.99~~ upon approval for the Amazon Store Card. No annual fee.

Size:
**4**

| Brand | NKNI |
|---|---|
| Item Dimensions LxWxH | 3.93 x 3.93 x 2.55 inches |
| Included Components | Cocktail Smoker |
| Number of Pieces | 8 |

### About this item

- 【Professional Cocktail Smoker Kit】: A complete bar smoker for cocktails package we've included everything you'll need to craft classic whiskey, bourbon, and old-fashioned cocktails including a hand-held torch, wood chips, smoker infuser, filter and cleaning brush.
- 【4 FLAVORED SMOKER WOOD CHIPS】: Cocktail smoker kit can ignite your senses, we want to give you a wide variety of flavors to try out, so our bartender set contains four different wood chips of oak,pear,apple,cherry wood chips.The fantastic smoky flavor will give picky whiskey

• VPN

prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 12 hrs 2 mins

⦿ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

Payment   Secure transaction
Ships from   Amazon



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

Doe 102

**Enduell Cocktail Smoker kit, Drink Smoker Infuser Kit, Old Fashioned Smoker Kit, Apple Wood Chips, Whiskey Smoker kit Top, This Glass Smoker Kit is a Great Gift Idea**

Brand: Enduell
4.5 ★★★★⯪ ˅    45 ratings

$19.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 50% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $19.88 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Material | Wood, Glass |
| Brand | Enduell |
| Color | Gray |
| Included Components | Cocktail Smoker |
| Number of pieces | 7 |

**About this item**

- 🟦 SIMPLE AND EASY TO USE - The Enduell Cocktail smoker top is a whiskey smoker kit that makes it easy to create an impressive and tasty drink. The kit comes with an oak smoker, apple wooden chips and two cleaning brushes alongside with a simple video tutorial. It is very easy to use, simply prepare the whiskey smoker by filling with woodchips, mix alcohol and mixers in a whiskey glass and light the chips using a lighter, shut the top and wait for a few minutes before serving.
- 🟦 AN ESSENTIAL ITEM - Cocktail smokers are an essential addition to any, bar, kitchen or backyard! If you're tired of the same old food and drinks, a smoke top cocktail smoker kit offers limitless possibilities in creating new mouth-watering foods and refreshing cocktails. Enduell has

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

$19.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

◎ Deliver to Roanoke 24003

**Only 9 left in stock - order soon**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from   Amazon
Sold by     enduell
Returns     Eligible for Return, Refund or Replacement



amazon.com/dp/B09X76KY29?th=1

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

4 VIDEOS

Doe 103

### Adoay Cocktail Smoker Kit, Drink Smoker Gifts for Men w/4 Wood Chips/Torch/Whiskey Stones, Old Fashioned Smoker Kit Smoker Accessories for Whisky Smoker Bar Set Birthday Gifts

Visit the Adoay Store
4.2 ★★★★☆ ˅   29 ratings

-34% $32⁹⁹
Was: $49.99 ⓘ

FREE Returns ˅

**Coupon:** ☐ Apply $15 coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $32.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Cocktail Smoker Kit**                                           ˄

$32.99   Currently unavailable.

| Brand | Adoay |
|---|---|
| Model Name | G-369 |
| Power Source | wood |
| Color | Cocktail Smoker Kit |
| Outer Material | Stainless Steel |
| Item Weight | 1.1 Pounds |
| Item Dimensions | 3.54 x 3.54 x 1.38 inches |



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

$32⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 23 hrs 41 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   Coogon
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

Case 1:25-cv-00000 Document 00-0 Filed 00/00/00 Page 000 of 000 PageID #000





Roll over image to zoom in



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

## Cocktail Smoker Kit With Torch , Bourbon Smoker Kit Include Four Flavors Wood Chips,Drink Smoker, Whiskey Smoker Gifts For Men, Dad, Husband (Without Butane)

Brand: Bioduck

4.2 ★★★★☆ ∨    38 ratings

-17% $29⁹⁹

List Price: $35.99 ⓘ

FREE Returns ∨

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Bioduck |
| Model Name | cocktail smoker kit |
| Color | Wood |
| Outer Material | Oak |
| Inner Material | stainless steel |
| Fuel Type | Wood |

## About this item

- Great Gift For Men - The cocktail smoker kit is an Ideal gift for an old fashioned drinker ,whiskey lover, bourbon lover.Good to be a gift for husband, boyfriend or father.A thoughtful gift for the man you love.
- Cool visual effect -At the parties, it makes a show out of making drinks for guests.They will really impressed with not just how cool it looked but what a unique flavor it added.Easy way to make an old Fashioned with our old fashioned smoker kit -It is easy to use and adds a great smokey flavor to your old fashion drink.
- Delicious & Fun!- whiskey smoking kit can ignite your sensory stimulation. You could smell and taste the delicious flavor.This product is for all the whiskey lovers out there, it's also for people

Doe 104

### Prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$29⁹⁹

FREE Returns ∨

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 21 hrs 11 mins

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ∨

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by      Bioduck
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt



amazon.com/dp/B09T9V359X

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      
VIDEO

# Doe 105

**Cocktail Smoker Kit with Torch - Whiskey Smoker Kit Gifts for Men Dad, Drink Smoker Infuser Kit for Smoked Old Fashioned Cocktails, Unique Gifts for Dad, Husband, Boyfriend, Grandpa (No Butane)**

Visit the KYLXCP Store
4.5 ★★★★☆ ˅    58 ratings

$36⁹⁹

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $36.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | KYLXCP |
| Color | Silver, Black |
| Outer Material | Wood |
| Inner Material | stainless steel |

## About this item

- COCKTAIL SMOKER KIT INCLUDING: If you haven't tried smoking cocktails, KYLXCP is a great choice and the set includes everything you need to smoke a drink. You will receive a premium natural wood cocktail smoker top, butane torch(butane gas not included),2 mesh filter(replaceable),a mini spoon,a cleaning brush,1x instruction,and 4 x wood smoking chips (apple,oak,cherry,pecan). The whiskey smoker wood chips are hand crafted from natural fruit and hard woods, air dried and shaved to a small flake.

- PROFESSIONAL CULINARY BUTANE TORCH: Butane torch warm can be adjusted up to 1300c (2372F),butane torch head with temperature guard and Safety lock. Gas flow regulator to adjust the size and power of the warm (NOTE: butane gas not included, must purchase separately .) Don't worry about safety .The torch works great, it may be a bit difficult to explore on your own,but our whiskey smoker kit after reading the manual and video, you can understand it immediately.



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

● Buy new:
$36⁹⁹
FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 12 hrs 12 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by       MEIYUFO
Returns      Eligible for Return,



amazon.com/dp/B09QQQKDKT?th=1

amazon Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart 0

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

        

VIDEO



Doe 106

**Old Fashioned Smoker Kit, Including Cocktail Smoke Top and 4 Flavor Wood Chips, a Drink Smoker for Infusing Smoke in Cocktails, Whiskey, Bourbon, Wine and Cheese, Gift for Dad, Husband, Men**

Brand: Tnstbiee

4.3 ★★★★☆ ∨ · 107 ratings

-47% $18.99

List Price: $35.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ∨

Get $60 off instantly: Pay $0.00 $18.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Ordinary smoker** ∧

   

$18.99 · $26.99 · $26.99 · $49.99

| Brand | Tnstbiee |
|---|---|
| Model Name | Classic style |
| Power Source | wood |
| Color | Ordinary smoker |
| Outer Material | Wood |
| Item Weight | 0.5 Pounds |
| Item Dimensions | 3.5 x 3.5 x 1.7 inches |

∨ See more

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$18.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ∨

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 23 hrs 41 mins

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

Payment · Secure transaction

Ships from · Amazon



◁ ▷ C 🔖 🔒 amazon.com/dp/B08SH8QTZ7

amazon | Deliver to ⊙ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▬ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



Doe 107

**Cocktail Smoker kit with Torch for Old Fashioned Cocktail Whiskey Bourbon, Premium Drink Smoker Infuser Kit with 4 Flavored Smoking Wood Chips, Smoke Gifts for Men, Whisky Lovers (No Butane)**

Visit the BICCIGO R Store

4.6 ★★★★☆ ▾   29 ratings

$39⁹⁸

FREE Returns ▾

Coupon: ☐ Apply 15% coupon  Shop items › | Terms

Sign in to redeem. Save 50% promo code: 549SKXV5  Terms

Get $60 off instantly: Pay $0.00 $39.98 upon approval for the Amazon Store Card. No annual fee.

Extra Savings Save 50% promo code: G69CTM4N  1 Applicable Promotion ▾

| Brand | BICCIGO R |
|---|---|
| Color | Natural Wood |
| Included Components | 1 x Wooden smoker with lid; 1 x Smoking/Kitchen torch; 4 x Wood chips for smoker; 2 x Metal filters;1 x Spoon |
| Number of pieces | 7 |

**About this item**

- COCKTAIL SMOKER KIT WITH TORCH: Our drink smoker kit comes with a long-lasting handheld kitchen torch. The torch features a safety lock. When you press power button and at the same time turn the safety lock to "LOCK" status, the torch will keep working and free your fingers, making smoking, baking or cooking easier.
- PERFECT SIZE DRINK SMOKER: The wooden smoker measure 3.5" dia on top and 1.8" dia at bottom, designed to fit almost all wine utensils. The old fashioned smoker can be easily sit the opening of a whiskey glass, bourbon glass, shaker, highball, low ball tumbler, snifter, smoking

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$39⁹⁸

FREE Returns ▾

FREE delivery **Tuesday, May 16.** Order within 12 hrs 16 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon
Sold by  Dangdas
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

amazon

Deliver to
Roanoke 24003

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0 Cart

≡ All    Clinic    Customer Service    Best Sellers    Amazon Basics    New Releases    Prime ▾    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    Gift Cards    Pharmacy    One Medical    Toys & Games    Sell    Coupons    Luxury Stores    Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

Doe 108

## Cocktail Smoker Kit with Foghat-Old Fashioned Chimney Drink Smoker for Cocktails,Whiskey,Wine, BBQ ,Hand Crafted Premium Bartender Kit,Gift for Whiskey Lovers,Boyfriend,Husband, Dad,Men

Brand: Heleooky

4.5 ★★★★☆ ˅    31 ratings

**-40%** $23⁹⁹

List Price: $39.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $23.99 upon approval for the Amazon Store Card. No annual fee.

Number of Items:
4

| | |
|---|---|
| Brand | Heleooky |
| Model Name | 006 |
| Color | Black |
| Outer Material | Oak,Glass |
| Inner Material | stainless steel |

### About this item

- 【100% Natural Wood Chips】 The cocktail smoker kit with dome comes with 4 natural wood chips, cherry wood, pecan wood,apple wood and oak wood. When you burn them well in the chimney, there will be a lot of smoke flowing into the wine glass while giving off a pleasant aroma Light smoky aroma. Ignite Your Sensory! Awaken Your Soul!

- 【Cocktail Smoker Kit Perfect Size】 The chimney maximum size is 3.5 Inch, holder size is 1.4 Inch, which perfectly matches different sizes of wine glasses, small bowls, etc., such as cocktail

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

---

**Delivery**    **Pickup**

$23⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Friday, May 12**. Order within 3 hrs 18 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction



amazon.com/dp/B0BRPQVGZV?th=1

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

       

1 VIDEOS

Doe 109

### EAOAK Cocktail Smoker Kit with Torch-Whiskey Drink Smoker&4 Flavors Wood Chips-Old Fashioned Smoker Kit for Infuse Cocktail, Bourbon,Bar Smoker Set Gift for Men,Husband,Dad,Valentine's Day(No Butane)

Brand: EAOAK
4.5 ★★★★☆ ˅   23 ratings

-38% $34⁹⁹
List Price: $55.99 ⓘ

FREE Returns ˅

**Coupon:** ☐ Apply $10 coupon Shop items › | Terms

**Save 5%** on 2 select item(s) Terms

Get $60 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Store Card. No annual fee.

Color: **With Torch**                                            ˄



$34.99        $22.99

| | |
|---|---|
| Material | Stainless Steel |
| Brand | EAOAK |
| Color | With Torch |
| Included Components | Cocktail Smoker |
| Number of Pieces | 7 |

**About this item**

---

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

$34⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within 12 hrs 19 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

Payment   Secure transaction
Ships from   Amazon
Sold by   EAOAK Direct
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy



amazon | Deliver to ⊙ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | ▇▇ EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

    

3 VIDEOS

# Doe 110

### Singing Monk Cocktail Smoker Kit With Torch - Bourbon & Whiskey Smoking Accessories With 4 Wood Chip Flavors, Filter, Brush, Wooden Smoker, Stone Ice Cubes & Drink Recipe Book - Gifts for Husband, Men

Visit the SINGING MONK Store
4.4 ★★★★☆ ⌄   47 ratings

-19% $20⁹⁹
Was: $25.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Get $60 off instantly: Pay $0.00 $20.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | SINGING MONK |
| Model Name | Singing Monk Cocktail Smoker |
| Color | Light Brown |
| Item Dimensions LxWxH | 11.5 x 7.3 x 2.4 inches |

#### About this item

- Perfect Your Passion - Craft a perfectly smoked cocktail with our whiskey smoker kit. It includes a wooden smoker, torch lighter, recipe book, brush, 4 stone ice cubes, and 4 smoked wood chip flavors.
- Ignite the Senses - Infuse your drink with an irresistible smokey taste. Our wood chips for smoking come in 4 amazing flavors for every mood and occasion. Choose from oak, apple, pear, and cherry.
- Easy to Use - Minimize messes when concocting beverages. Our wooden hexagon drink smoker features a wide hole so it's easy to fill your glass with smoke. With maximum airflow comes maximum flavor!



prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

⦿ **Buy new:**
$20⁹⁹
Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 23 hrs 40 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Payment   Secure transaction





Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



2 VIDEOS

Doe 112

## Greenmaker Cocktail Smoker Kit, Old Fashioned Bourbon Drink Smoker with 4 Flavors Wood Chips, Gift for Whiskey Smoker Lover,Men Dad Husband

Brand: Greenmaker

4.2 ★★★★☆ ˇ    25 ratings

$9⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˇ

Get $60 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Store Card. No annual fee.

Color:
**Cocktail Smoker Kit**

| | |
|---|---|
| **Brand** | Greenmaker |
| **Power Source** | wood |
| **Color** | Cocktail Smoker Kit |
| **Outer Material** | Oak |
| **Item Weight** | 160 Grams |
| **Item Dimensions LxWxH** | 6.2 x 5.9 x 3.5 inches |
| **Inner Material** | stainless_steel |

### About this item

- 🥃 【Change Your Experience】Cocktail smokers can ignite your sensory stimulation. The smoky flavor will be produced quickly when smoke is absorbed into the food. You can clearly feel the flavor of smoky natural wood from your mouth into your body, it will completely change the way you experience food and spirits.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

$9⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˇ

**FREE delivery Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Monday, May 15**. Order within 21 hrs 11 mins

Deliver to Roanoke 24003

**Only 18 left in stock - order soon**

Qty: 1 ˇ

Add to Cart

Buy Now

Payment    Secure transaction



amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

## Consider these available items

Cocktail Smoker Kit, Old Fashioned Cold Smoker for Smoked Cocktails, Whiskey, & Bourbon, Wine, Coffee, Dried Fruits, Cheese and More, Come with 3 Pack (Cherry, Hickory, and Oak) Wood Chips
★★★★★ 12
$9⁹⁹

Bourbon smoker Cocktail Smoker Kit with Wood Chips for Whiskey,glass smorker for cocktails Old Fashioned Smoker Kit
★★★★★ 7
$12⁹⁹

AIEVE Cocktail Smoker for Infuse Cocktail, Cocktail Smoking Kit for Drinks Homemade Whiskey Smoker Bourbon Old Fashioned Smoker Kit with Cheery Chips, As an Excellent Gift for Your Loved
★★★☆☆ 17
$6⁹⁹

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in



### Cocktail Smoker Kit, Old Fashioned Drink Smoker & Four Flavor Wood Chips, Ash Smoketop Whiskey Smoking Infuser Kit Accessories For Cocktails, Whiskey, Bourbon, Wine

Visit the Decent Vrvege Store
5.0 ★★★★★ ˅  3 ratings

#### Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | Decent Vrvege |
|---|---|
| Outer Material | Stainless Steel |
| Inner Material | stainless steel |

**Currently unavailable.**
We don't know when or if this item will be back in stock.
◉ Deliver to Roanoke 24003

Add to List

Have one to sell?
Sell on Amazon

Doe 113



amazon.com/dp/B0BKK82FLX

amazon | Deliver to Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Cart

☰ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



     

Roll over image to zoom in

2 VIDEOS

Doe 114

## Cocktail Smoker Kit with Torch, OKYWILL Bourbon Whiskey Smoker Infuser Kit with 4 Flavors Wood Chips, Old Fashioned Drink Smoker Kit, Whiskey Bourbon Gifts for Men, Dad, Husband (No Butane)

Visit the OKYWILL Store

4.2 ★★★★☆ ▾ 32 ratings

$19⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ▾

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | OKYWILL |
|---|---|
| Model Name | Cocktail smoker kit with torch |
| Color | Black,Gold |
| Outer Material | Beech Wood |
| Inner Material | stainless steel |

### About this item

- 🔳 【Cool Visual and Taste Experience】This bourbon smoker kit can create a delicate waterfall of smoke, excellent smoke performance, can bring you a profound visual experience. When drinking, you can feel the perfect fusion of fruit, wood, smoke and alcohol in your mouth, bringing you a unique taste experience.
- 🔳 【New Upgrade】The new whiskey smoker kit with torch brings you the ultimate experience. The newly upgraded smoker is made of natural beech wood, which produces a stronger smoke. 100% natural wood chips guarantee the purest smoky taste. Brand new torch, black and gold color scheme, exquisite appearance, comfortable grip and powerful flame.
- 🔳 【Widely Use】The drink smoker infuser kit not only add an attractive smoky flavor to the drink, it can also be used to make smoked cheese, meat, fish, coffee and even ice cream. It's also



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$19⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ▾

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25. Order within 12 hrs 46 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | OKYWILL DIRECT
Returns | Eligible for Return,



amazon.com/dp/B09Q8H1TN7



Roll over image to zoom in

      

2 VIDEOS

Doe 115

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

### Old Fashioned Smoker Kit - Cocktail Smoker Kit with Torch - 3 Different Wood Chips,Bourbon/Whisky Smoker Kit,Bar Set - Birthday Gifts for him/Father/Husband/Father's Day/Halloween/Christmas  (no Butane)

Visit the clumpossom Store
4.4 ★★★★☆ ˅    309 ratings

**Amazon's Choice** in Outdoor Smokers by clumpossom

$39⁹⁹

FREE Returns ˅

**Coupon:** ☐ Apply 20% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color:
**BLACK**

| Brand | clumpossom |
|---|---|
| Model Name | Bartender Kit |
| Power Source | wood |
| Color | BLACK |
| Outer Material | Oak |
| Inner Material | stainless_steel |

### About this item

- [Exquisite Handiwork]: All smoke kits are carved from solid red oak. All craftsmanship: hollowing, polishing, and painting are all handmade by skilled craftsmen, so each cocktail



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

○ **Buy new:**
$39⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Monday, May 15**. Order within 21 hrs 36 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅



| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | WITEWA HOME |
| Returns | Eligible for Return, |



amazon.com/dp/B0844PWVLR

VPN

amazon | Deliver to ⦿ Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All | Clinic | Customer Service | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Gift Cards | Pharmacy | One Medical | Toys & Games | Sell | Coupons | Luxury Stores | Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

VIDEO

# Doe 116

## Zackoo Old Fashioned Cocktail Smoker Kit with Torch and 4 Flavor Wood Chips, Premium Old Fashioned Drink Smoker , Whiskey Smoker, Higher Order Smokers, Bar Kit for cocktails and any drinks(No Butane)

Brand: Zackoo

4.4 ★★★★½ ▾    7 ratings

-50% $19.98

Was: $39.99 ⓘ

Lowest price in 30 days

Get Fast, Free Shipping with Amazon Prime

FREE Returns ▾

Get $60 off instantly: Pay $0.00 $19.98 upon approval for the Amazon Store Card. No annual fee.

| Brand | Zackoo |
|---|---|
| Model Name | Cocktail Smoker |
| Power Source | 燃料动力 |
| Color | Black |
| Outer Material | Stainless Steel |
| Inner Material | stainless steel |
| Fuel Type | 木屑 |

### About this item

- 【Wonderful Cocktail Smoker Experience】 Old fashioned smoker kit will give you a new sensory stimulation, an amazing feeling. After cocktail smoker chips are burned it will quickly produce a natural wood smoky flavour. When the smoke is absorbed by food and drinks the special smoky flavor will ignite your tongue! It can enrich the taste of the food and your life!
- 【COCKTAIL SMOKER KIT】 Zackoo Cocktail Smoker Kit has unique top design with high smoke out, comes with the smoke infuser for cocktails, torch(no butane), stainless steel filter, wood

$19.98

Get Fast, Free Shipping with Amazon Prime

FREE Returns ▾

FREE delivery Tuesday, May 16 on orders shipped by Amazon over $25. Order within 13 hrs 29 mins

⦿ Deliver to Roanoke 24003

In Stock

Qty: 1 ▾

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by     ZACKOO
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?



      

Roll over image to zoom in

2 VIDEOS

Doe 117

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

**Cocktail Smoker Kit with Torch and Wood Chips-Old Fashioned Chimney Drink Smoker for Cocktails,Whiskey & Bourbon,Ideal Gifts for Men,Boyfriend,Husband,Dad (No Butane) (smoker kit with torch)**

Brand: sogiv

4.4 ★★★★☆ ˅   160 ratings

-20% $19⁹⁸

Was: $24.99 ⓘ

Deal

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

Get $60 off instantly: Pay $0.00 $19.98 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **smoker kit with torch**

| smoker kit with torch | New smoker kit with… |
|---|---|
| $19.98 | $17.98 |

| | |
|---|---|
| **Brand** | sogiv |
| **Model Name** | kct02 |
| **Color** | Black,silver,brown |
| **Outer Material** | Stainless Steel |
| **Item Dimensions LxWxH** | 3.5 x 3.5 x 1.8 inches |
| **Inner Material** | stainless_steel |



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery        Pickup

⦿ Buy new:

$19⁹⁸

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ˅

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Friday, May 12**. Order within 1 hr 1 min

⦿ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now



amazon.com/dp/B08RPQFGZD?th=1

amazon
Deliver to
Roanoke 24003
Home & Kitchen ▾   Search Amazon
EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders   Cart

☰ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home        Shop by Room        Discover        Shop by Style        Home Décor        Furniture        Kitchen & Dining        Bed & Bath        Garden & Outdoor        Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers

**Cocktail Smoker Kit with Wood Chips - Old Fashioned Chimney Drink Smoker Set for Infuse Cocktails, Whiskey & Bourbon, Ideal Gifts for Men, Boyfriend, Husband, Dad**
Brand: EAOAK
4.5 ★★★★☆ ▾   23 ratings

$22⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

**Coupon:** ☐ Apply $5 coupon   Shop items › |   Terms

**Save 5%** on 2 select item(s)  Terms

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Without Torch**

$22.99      $34.99

| Brand | EAOAK |
|---|---|
| Color | Without Torch |
| Outer Material | Stainless Steel, Alloy Steel |
| Inner Material | stainless_steel |
| Fuel Type | Wood |

**About this item**

Roll over image to zoom in

2 VIDEOS

Doe 118

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery**        Pickup

$22⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

FREE delivery **Tuesday, May 16** on orders shipped by Amazon over $25

Or fastest delivery **Friday, May 12**. Order within 13 hrs 33 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

2 VIDEOS

Doe 119

### Kitypartsy Cocktail Smoker with Torch, Wood Chips, and Ice Cubes, Old Fashioned Whiskey Smoker Kit for Whiskey and Bourbon, Drinking Smoker Gifts for Men (No Butane)

Brand: Kitypartsy

3.8 ★★★★☆ ▾   13 ratings

**-37%** $29.99

Was: $47.59 ⓘ

FREE Returns ▾

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | Kitypartsy |
|---|---|
| Model Name | TUFO1216 |
| Outer Material | Wood |
| Inner Material | stainless steel |
| Fuel Type | Wood |

#### About this item

- 【Unique Exquisite craftsmanship】Carved from high-quality Acacia wood, all process hollowing, and polishing are handmade by skilled artisans, so each cocktail smoker set has its own unique wood grain and color.
- 【What Includes】1-handmake UFO-shape Acacia Wood Smoker, 1 Refillable High-Quality Torch(Butane is not included), 4 Stainless Steel Ice Cubes (Block*2+Skull*2), 4 Flavored Wood Chips (Apple, Oak, Hickory, Cherry), 2 Stainless steel filters, 1 Spoon,1 Cleaning brush, and 1 Beautiful gift box.
- 【Achieve the Best Old Fashioned】Both professional bartenders and beginners can use our smoky cocktail shaker. Old fashioned smoker kit will be used to infuse smoke into your favorite drink. Help you to achieve the best Old Fashioned ever and comes with cocktail mixes that just



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$29.99

FREE Returns ▾

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within **13 hrs 34 mins**

Deliver to Roanoke 24003

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | HaiKouShiBaKuShangMai |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |



amazon   Deliver to
⊚ Roanoke 24003    Home & Kitchen ▾   Search Amazon                                                                    🔍   ▇▇ EN ▾   Hello, sign in   Returns   🛒
                                                                                                                              Account & Lists ▾   & Orders   Cart

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   New Releases   Prime ▾   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   Gift Cards   Pharmacy   One Medical   Toys & Games   Sell   Coupons   Luxury Stores   Automotive

Amazon Home      Shop by Room          Discover          Shop by Style          Home Décor          Furniture          Kitchen & Dining          Bed & Bath          Garden & Outdoor          Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

2 VIDEOS

# Doe 120

## Cocktail Whiskey Drink Smoker Kit – 4 Flavors Wood Chips, Old Fashioned Chimney Drink Smoker Set for Infuse Bourbon, Cocktails, Whiskey, Wine, Meat, Cheese, Ideal Gifts for Men, Husband, Dad, Christmas

Brand: VONFAME
4.4 ★★★★☆ ˅   65 ratings

-24% $21⁹⁹

List Price: $28.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

**Coupon:** ☐ Apply 25% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $21.99 upon approval for the Amazon Store Card. No annual fee.

Size: **Acacia Cocktail Smoker**                                               ⌃

| Acacia Cocktail... | Acacia Cocktail... | With 4 Original... |
|---|---|---|
| $21.99 | $32.99 | $21.99 |

| Brand | VONFAME |
|---|---|
| Outer Material | Wood |
| Inner Material | stainless steel |
| Fuel Type | Wood |

### About this item

- 【Unique Exquisite craftsmanship】 Old fashioned cocktail kit is carved from quality Acacia



**prime**

Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime
Try Prime and start saving today
with Fast, FREE Delivery

$21⁹⁹

Get **Fast, Free Shipping** with
Amazon Prime
FREE Returns ˅

FREE delivery **Tuesday, May 16**
on orders shipped by Amazon
over $25

Or fastest delivery **Monday,
May 15**. Order within 23 hrs 40
mins

⊚ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

2 VIDEOS

# Doe 122

**Cocktail-Smoker,Cocktail-Smoker-Kit,Four Kinds of Wood Smoked Chips for Whisky,Cocktail and Bourbon-Old Fashioned Smoker Kit,Gift For Father,Husband and Boyfriend (No Butane)**

Visit the Susbie Store

4.8 ★★★★★ ˅ | 740 ratings

$**39**⁹⁹

FREE Returns ˅

**Coupon:** ☐ Apply 15% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 ~~$39.99~~ upon approval for the Amazon Store Card. No annual fee.

Color:
**yellow**

| | |
|---|---|
| Brand | Susbie |
| Model Name | Cocktail kit with Torch |
| Power Source | Battery Powered |
| Color | yellow |
| Outer Material | Oak |
| Inner Material | stainless steel |
| Product Dimensions | 2.3"D x 11.8"W x 11.1"H |

## About this item

- 【HIGH-QUALITY】 Cocktail Smoker Kit is made of high-quality oak and is durable. Cocktail Smoker Kit includes four different flavors of wood smoke, a high-end flashlight, a filter, a cleaning brush, two wooden dice and a spoon. This is a set of exquisite gift boxes, a gift to your father or boy



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$**39**⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within 13 hrs 42 mins

⊙ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | AMOEZON |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |



amazon.com/dp/B0BX2DSH7Q

amazon | Deliver to © Roanoke 24003 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

≡ All  Clinic  Customer Service  Best Sellers  Amazon Basics  New Releases  Prime ▾  Today's Deals  Music  Books  Registry  Fashion  Amazon Home  Gift Cards  Pharmacy  One Medical  Toys & Games  Sell  Coupons  Luxury Stores  Automotive

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



       

Roll over image to zoom in

Doe 123

**Cocktail Smoker Kit with Torch – 6 Flavor Wood Chips, Bourbon,Whiskey Smoker Infuser Kit, Old Fashioned Smoker Kit with 7 Illuminated Colors Coasters, Gift for Father, Husband and Friend (No Butane)**

Visit the KITHOUSE Store

5.0 ★★★★★ ˅  1 rating

-5% $34⁹⁹

Was: $36.99 ⓘ

Lowest price in 30 days

FREE Returns ˅

🏷 **Coupon:** ☐ Apply $3 coupon  Shop items › |  Terms

Get $60 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Material | Stainless Steel |
| Brand | KITHOUSE |
| Item Dimensions LxWxH | 11.81 x 7.87 x 2.36 inches |
| Included Components | Cocktail Smoker |
| Number of pieces | 12 |

**About this item**

- 【Complete Whiskey Smoker Kit】KITHOUSE cocktail smoker kit is sure to ignite your senses with an all-in-one bar kit, includes 1* high-quality handcrafted wood smoker, 1*refillable high-quality torch, 4* stone whiskey ice cubes, 6*natural flavors wood chips for your choice, (Apple, Cherry, Pecan, Oak, Pear, and Beech), 2*discoloration coasters, 1* stainless steel filters, 1*spoon,1*cleaning brush, and 1*beautiful gift box. (Butane is not included)
- 【Cocktail Smoker Sensory Experience】Cocktail smoker kit with torch mixes the smell of drinks and 6 natural fruit wood flavors, giving your cocktail a rich texture, from the 7 illuminated colors

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

$34⁹⁹

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within 13 hrs 46 mins

◉ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon
Sold by  Kithouse Direct
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt



Doe 124



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Smokers



Roll over image to zoom in

      

3 VIDEOS

# Doe 125

**OGERY Cocktail Smoker Kit with Torch, Whiskey Smoker Kit, Old Fashioned Bourbon Drink Smoker Infuser Kit with 4 Flavors Wood Chips, Ideal Gifts for Men, Dad, Husband (No Butane)**

Visit the OGERY Store

5.0 ★★★★★ ˅    6 ratings

-33% $39⁹⁸

List Price: $59.98 ⓘ

FREE Returns ˅

Join Prime to buy this item at $35.98

**Coupon:** ☐ Apply 20% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $39.98 upon approval for the Amazon Store Card. No annual fee.

Color:
Gold

| | |
|---|---|
| **Brand** | OGERY |
| **Color** | Gold |
| **Outer Material** | Stainless Steel |
| **Inner Material** | stainless steel |
| **Fuel Type** | Wood |

## About this item

- 【Enhanced Smoker Flavor】 - OGERY cocktail smoker kit with torch allows you to easily add a smoky flavor to your whiskey by placing wood chips in the wood smoker and burning them with a torch, the tender smoky flavor will be produced and take your drinks to the next level.
- 【Versatile】 - The whiskey smoker kit is perfect for DIY allows you to create a truly unique and



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

$39⁹⁸

FREE Returns ˅

FREE delivery **Tuesday, May 16**

Or fastest delivery **Friday, May 12**. Order within 5 hrs 7 mins

⊚ Deliver to Roanoke 24003

**In Stock**

Qty: 1 ˅

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by      laixili
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt



Doe 126