## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

TOB LLC

                        Plaintiff,

v.                                              Case No.: 1:23−cv−03378

                                              Honorable Thomas M. Durkin

Partnerships and Unincorporated Associations Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion for extension of the Temporary Restraining Order [15] is granted. The Temporary Restraining Order is extended for a period of 14 days, through 7/5/2023 (the Court will be closed on 7/3/2023 and 7/4/2023 for the Independence Day holiday). Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.