IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thousand Oaks Barrel Co., LLC ) | |
| ) | Case No. 1:23-cv-3378 |
| v. ) | |
| ) | Judge: Hon. Jeremy Daniel |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff Thousand Oaks Barrel Co., LLC seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on June 5, 2023 [Docket #14]. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 29th Day of June, 2023.     Respectfully submitted,


By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the June 29, 2023 the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice on June 29, 2023, via e-mail to the e-mail addresses of the Does in the Certificate of Services filed with the Court.

          By:   s/David Gulbransen/
                David Gulbransen
                Attorney of Record

                David Gulbransen (#6296646)
                Law Office of David Gulbransen
                805 Lake Street, Suite 172
                Oak Park, IL 60302
                (312) 361-0825 p.
                (312) 873-4377 f.
                david@gulbransenlaw.com