**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

TOB LLC, et al.

                                               Plaintiff,

v.                                                         Case No.: 1:23−cv−03378

                                                                          Honorable Jeremy C. Daniel

Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 5, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held on 7/5/2023. Plaintiff's counsel and counsel for defendants group including Opulent, OWAYIDA appeared in court. Plaintiff's voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of defendants Singing Monk [26], Hanstar [27], giftinabox, ZQDL−US, US Ful Choices [28], BunniFair [29], SOGIV−Direct, MidianBuy, Permanentik, Festaum, CREATIVECEF, AoJiao, LEQMG, CREATIVECHEF, vernilla, ItsNio Home, Hismok Direct, Bioduck SOGIV−Direct [30] are granted. For the reasons stated on the record, Plaintiff's Motion For Entry Of Preliminary Injunction [20] is denied. Written Minute Order to follow. Law Office of David Gulbransen is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at www.ilnd.uscourts.gov/instructions. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.