UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| TOB LLC, et al., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No.: 1:23-cv-03378 |
| v. | ) ) | Hon. Judge Jeremy C. Daniel |
| Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) | Mag. Judge Gabriel A. Fuentes |
| Defendants. | ) | |

## Unopposed Motion for Extension of Time

**NOW COME** certain defendants[1] ("Defendants"), by and through their undersigned counsel, and hereby request an extension of time to respond to the Complaint, stating as follows:

1. Plaintiff filed its Complaint on May 30, 2023. [Dkt. 1].

2. Defendants were ostensibly served with process on June 29, 2023. [Dkt. 19].

3. Defendants have been substantively engaged in settlement discussions with Plaintiff, including the exchange of evidence and offers, Defendants require a short additional time to explore and complete settlement. Defendants submit that a short extension will not materially prejudice Plaintiff and will help avoid unnecessary substantive motion practice.

4. This Court may, for good cause, extend a deadline "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." McCann v. Cullinan, 2015 WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); *See*, Sec. Ins. Co. of Hartford v. Schipporeit, Inc., 69 F.3d 1377, 1381 (7th Cir. 1995), *citing*, C.K.S. Eng'rs, Inc. v. White Mountain Gypsum Co., 726 F.2d 1202, 1205 (7th Cir. 1984)

---

[1] BTHW-US, Gusme, Haawin, Hismok Direct, ItsNio HOME, JZ US Direct, LEQMG, LOVEERC, MidianBuy, Nobvape, Opulent, OWAYIDA

("[I]t is the policy of [the Seventh Circuit] to favor trials on the merits over default judgments."); *See also*, Anderson v. Stanco Sports Library, Inc., 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendants' motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").

5. Defendants respectfully requests this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Complaint, if ultimately necessary, to August 10, 2023.

6. This motion has been filed in good faith and in the interest of judicial economy, and is not interposed for purposes of delay.

7. This is the first motion for an extension filed by Defendants in this case.

8. Plaintiff has indicated that it does not oppose Defendants' requested extension.

**WHEREFORE**, Defendants pray that the Court will enter an order:

a) extending the time for Defendants to respond to Plaintiff's Complaint until August 10, 2023.

Dated this July 20, 2023

                                              Respectfully Submitted,

                                              /s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Randolph St. Suite 1700
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendants*