UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| TOB LLC, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-03378 |
| v. | ) | |
| | ) | Hon. Judge Jeremy C. Daniel |
| Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) | |
| | ) | Mag. Judge Gabriel A. Fuentes |
| Defendants. | ) ) | |

## Notice of Withdrawal of Unopposed Motion for Extension of Time

**PLEASE TAKE NOTICE** that defendants Aumpokin, AoJiao, Decent Vivege, and LJDZ US ("Defendants"), by and through its undersigned counsel, in light of their previous dismissals hereby withdraw their respective participation in the Unopposed Motion for Extension of Time [Dkt. 46].

Dated this July 20, 2023

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Randolph St. Suite 1700
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendants*