## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

TOB LLC, et al.

                                            Plaintiff,

v.
                                                           Case No.: 1:23−cv−03378

                                                           Honorable Jeremy C. Daniel

Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Unopposed motion for extension of time to respond to Plaintiff's Complaint by 8/10/2023 [46] is granted. In light of the Notice of Withdrawal [47], defendants Aumpokin, AoJiao, Decent Vivege, and LJDZ US are excluded from the extension. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.