# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Thousand Oaks Barrel Co., LLC )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE A )<br>) | Case No. 1:23-cv-3378<br><br>Judge: Hon. Jeremy C. Daniel<br><br>Magistrate: Hon. Gabriel A. Fuentes |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims without prejudice against the following defendants:

| Doe | Store | Merchant ID |
|---|---|---|
| 44 | ylfkj | A62PHL5XR3C08 |
| 47 | MTRSUE- | A15BJL5LNN7PVC |
| 50 | FUHUIM | A365Y8FOG0CFCZ |
| 61 | OPulent | A8A4ETTMFOYNE |
| 68 | LOVEERCT | A2DX9DQ88JS972 |
| 70 | Erktring | AXIVD289KP8S5 |
| 71 | DOITWELL | A1WII7D075MM8B |
| 72 | Haawin | A2ZP93PBGJAZQ5 |
| 83 | Nobvape-US | A2O5JQ470HKRAF |

Dated: August 1, 2023

Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com