**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Thousand Oaks Barrel Co., LLC )
                                                             )    Case No. 1:23-cv-3378
v. )
                                                             )    Judge: Hon. Jeremy Daniel
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS )    Magistrate: Hon. Gabriel A. Fuentes
IDENTIFIED ON SCHEDULE A )
                                                             )

**Schedule A – Defaulting Doe Defendants**

| Doe | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Bypower | AIRUV7JSF4LFX |
| 6 | ChuXin-DH | A3695R7YJ7EYYM |
| 7 | Freedom us | A90929AWNU0RL |
| 11 | Calumina | A3ISB9G9QK0SSM |
| 14 | OWAYIDA | A1ET80676X8NAP |
| 15 | Gulisot | A1OOBALFABZ449 |
| 17 | DARK BARN | A1IDSF8XCT495F |
| 20 | Gusme | A1XV1TUTWTKD70 |
| 25 | Bhagya Branded | A8CXQCK28IVSO |
| 26 | XISHANDIANZI | A1T46NVVVXCKD7 |
| 28 | Amazanm | A1HP0838O2303Y |
| 29 | Saudoli-US | A1HPKZ8CXUA24H |
| 34 | WEIBUTECH | A120F5YS1WTEUP |
| 41 | CQS TOOL | A31C60K4NML4I2 |
| 42 | OKYWILL DIRECT | A1ZM15LW0QZHWO |
| 43 | Fettorler US | A2ABKM86YED6BW |
| 46 | YeeBeny US | A2COVZ1XYN1JPM |
| 56 | Barvivo | A36K4DKIRBT1EA |
| 58 | Axsenker -US | A1SMFSF2XO9DRA |
| 59 | Aolcsueg | A2ES9OS8TA7CTF |
| 65 | Densco Tech | A1NMVGN4MD0I4O |
| 69 | AVIU Direct Sales | A1HGHSKQL4GOEL |
| 73 | Kateying | A19R5SR9V1S9R5 |
| 79 | AWAZOLMN | AWXY9MLZFVUR3 |

| 81 | Case2do | A24WH2QYZ8FRYB |
|---|---|---|
| 82 | Habermen | ABP8VLSG60KKT |
| 85 | bayyevpu-US | A2Q0SGTMXJ7SR6 |
| 86 | chang-us | A31CYYLI3L4M70 |
| 88 | YR US | A3K3Q3S0ASMQ2O |
| 90 | Bishbash | A12U6P49RUWXIG |
| 91 | SelfSparkle | A1064FF26V1S63 |
| 92 | Cucumber Design | ACCVVM7CBXUK |
| 94 | JIYI US | AYOPWD2WDKTIJ |
| 97 | Vonfame Store | A30MF9NY4QZN0Y |
| 98 | HaiKouShiBaKuShangMao | A1PT2ZV80JIXSY |
| 102 | enduell | A17UO4BH7B29XH |
| 103 | Coogon | AHVTOQQ86VFZT |
| 106 | Tnstbiee | A2LPHJYZ4PW9AA |
| 108 | Chenxu-HLQ | AE2Z0F41UB1E9 |
| 109 | EAOAK Direct | A3252SEUSX20IS |
| 112 | redouble | A2EGHU4U605XIC |
| 122 | AMOEZON | A38ABI3IG3TN07 |
| 127 | Anpro US | A1R2BCJZFYCA30 |