IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thousand Oaks Barrel Co., LLC ) | |
| ) | Case No. 1:23-cv-3378 |
| v. ) | |
| ) | Judge: Hon. Jeremy Daniel |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 7, 2023 at 9:30AM, Thousand Oaks Barrel Co., LLC shall appear before the Honorable Jeremy Daniel or any judge sitting in his stead and shall present the **Plaintiff's Motion for Entry of Default and Default Judgment.**

Respectfully submitted,

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the February 3, 2023, the **Notice of Motion, Plaintiff's Motion for Entry of Default and Default Judgment** and **Memorandum of Law in Support of Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice February 3, 2023, via e-mail to the e-mail addresses the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

                By:    s/David Gulbransen/
                      David Gulbransen
                      Attorney of Record

                      David Gulbransen (#6296646)
                      Law Office of David Gulbransen
                      805 Lake Street, Suite 172
                      Oak Park, IL 60302
                      (312) 361-0825 p.
                      (312) 873-4377 f.
                      david@gulbransenlaw.com